# Exhibit 6

07-07-2005

PATENT

7-5-05   **RECOR** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ :T
103035594.
PATENTS ONLY.

**TO: Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).**

| Submission Type | Conveyance Type |
|---|---|
| ☒ New | ☒ Assignment ☐ Security Agreement |
| ☐ Resubmission (Non-Recordation) | ☐ License ☐ Change of Name |
| Document ID#: [_____] | ☐ Merger ☐ Other [_____] |
| ☐ Correction of PTO Error | **U.S. Government** |
| Reel #: [____] Frame #: [____] | (For use ONLY by U.S. Government Agencies) |
| ☐ Corrective Document | |
| Reel #: [____] Frame #: [____] | ☐ Departmental File ☐ Secret File |

**Conveying Party(ies)**    ☐ Mark if additional names of conveying parties attached

|  | | Execution Date |
|---|---|---|
| | | Month Day Year |
| Name | Milan Jelinek | 05/16/2005 |
| Name | Philippe Gournay | 05/18/2005 |
| Name | | / / |
| Name | | / / |
| Name | | / / |

**Receiving Party**    ☐ Mark if additional names of receiving parties attached

| Name (line 1) | VoiceAge Corporation |
|---|---|
| Name (line 2) | |
| Address (line 1) | 750, chemin Lucerne, Suite 250 |
| Address (line 2) | Ville Mont-Royal |
| Address (line 3) | Quebec (City) | Canada (State/Country) | H3R 2H6 (Zip Code) |

OPR/FINANCE
'05 JUL -5 AM 8:49

**Domestic Representative Name and Address**    Enter for the first Receiving Party only.

| Name | |
|---|---|
| Address (line 1) | |
| Address (line 2) | |
| Address (line 3) | |
| Address (line 4) | |

**FOR OFFICE USE ONLY**

07/06/2005 GTON11   00000184 10515569
01 FC:8021                      40.00 OP

4UE

**Mail documents to be recorded with required cover sheet(s) information to:**
**Mail Stop Assignment Recordation Services, Director of the US Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450**

**Page 2**                                                      PATENT

## Correspondent Name and Address

**Area Code and Telephone Number** | (617) 261-3100

**Name** | Patent Administrator

**Address** (line 1) | Kirkpatrick & Lockhart Nicholson Graham LLP

**Address** (line 2) | 75 State Street

**Address** (line 3) |

**Address** (line 4) | Boston, MA 02109-1808

| Pages | Enter the total number of pages of the attached conveyance document including any attachments. | 3 |

## Application Number(s) or Patent Number(s)            ☐ Mark if additional numbers attached

*Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).*

| Patent Application Number(s) | | | Patent Number(s) | | |
|---|---|---|---|---|---|
| 10/515,569 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Patent Cooperation Treaty (PCT)

Enter PCT application number **only** if a U.S. Application Number has not been assigned.

| PCT | | PCT | | PCT | |
|---|---|---|---|---|---|
| PCT | | PCT | | PCT | |

## Number of Properties          Enter the total number of properties involved.   # 1

## Fee Amount          Fee Amount for Properties Listed (37 CFR 3.41):   $ 40.00

**Method of Payment:**   Enclosed ☒          Deposit Account ☐
**Deposit Account**
(Enter for payment by deposit account or if additional fees can be charged to the account)

**Deposit Account Number**   # 50-1721

**Authorization to charge additional fees:**   Yes ☒   No ☐

## Statement and Signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

| James E. Fajkowski, Reg. No.: 54,089 | | June 30, 2005 |
|---|---|---|
| **Name of Person Signing** | **Signature** | **Date** |

874775

Mail documents to be recorded with required cover sheet(s) information to:
Mail Stop Assignment Recordation Services, Director of the US Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450

PATENT
REEL: 016741 FRAME: 0172

## ASSIGNMENT

WHEREAS, We, Milan Jelinek and Philippe Gournay have invented one or more inventions described in an application (or provisional application) for Letters Patent of the United States entitled:

Method and Device for Efficient Frame Erasure Concealment in Linear Predictive Based Speech Codecs

and identified by

☐      Attorney Docket No. BKP-018, and/or executed by us on even date herewith and about to be filed in the United States Patent Office; and

☒      Serial No. 10/515,569 filed in the United States Patent Office on November 23, 2004; and

WHEREAS, VoiceAge Corporation (hereinafter "ASSIGNEE"), a corporation organized and existing under the laws of the Canada, and having a usual place of business at 750, chemin Lucerne, Suite 250, Ville Mont-Royal, Quebec H3R 2H6, Province of Quebec, desires to acquire an interest therein, in accordance with agreements duly entered into with us;

NOW, THEREFORE, to all whom it may concern be it known that for and in consideration of said agreements and of other good and valuable consideration, the receipt of which is hereby acknowledged, we have sold, assigned and transferred and by these presents do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns, and legal representatives, our entire right, title and interest in and throughout the United States of America, its territories and all foreign countries, in and to the invention(s) described in said application, together with our entire right, title and interest in and to said application and such Letters Patent as may issue thereon or claim priority under United States law or international convention, including but not limited to non-provisionals, continuations, divisionals, reissues, reexaminations, extensions, and substitutions of said application or such Letters Patent, and any right, title and interest we may have in provisional applications to which said application claims priority; said invention(s), applications and Letters Patent to be held and enjoyed by said ASSIGNEE for its own use and behalf and for its successors, assigns and legal representatives, to the full end of the term for which said Letters Patent may be granted as fully and entirely as the same would have been held by us had this assignment and sale not been made; we hereby convey all of our rights arising under or pursuant to any and all United States laws and international agreements, treaties or laws relating to the protection of industrial property by filing any such applications for Letters Patent, including but not limited to any cause(s) of action and damages accruing prior to this assignment. We hereby acknowledge that this assignment, being of our entire right, title and interest in and to said invention(s), carries with it the right in ASSIGNEE to apply for and obtain from competent authorities in all countries of the world any and all Letters Patent by attorneys and agents of ASSIGNEE's selection and the right to procure the grant of all Letters Patent to ASSIGNEE in its own name as assignee of our entire right, title and interest therein;

AND, we hereby further agree for ourselves and our executors and administrators to execute upon request any other lawful documents and likewise to perform any other lawful acts which may be deemed necessary to secure fully the aforesaid invention(s) to said ASSIGNEE, its successors, assigns, and legal representatives, but at its or their expense and charges, including the execution of non-provisional, substitution, continuation, divisional, reissue, reexamination, or corresponding foreign or international patent applications;

**PATENT
REEL: 016741 FRAME: 0173**

Joint Assignment
U.S. Serial No.: 10/515,569
Page 2 of 3

AND, we hereby further agree to provide statements or testimony in any interference or other proceeding in which said invention(s) or any application or patent directed thereto may be involved;

AND, we hereby authorize ASSIGNEE or its attorneys or agents to insert the correct serial number and filing date into this assignment, if none is indicated on the date of our execution of this assignment;

AND, we hereby authorize and request the Director of the United States Patent and Trademark Office and the empowered officials of all other governments to issue such Letters Patent as shall be granted upon said application, or applications based thereon, to said ASSIGNEE, its successors, assigns, or legal representatives.

*IN TESTIMONY WHEREOF*, we have hereunto set our hands and affixed our seals on the date(s) set forth below.

Inventor: _____
　　　　　　　Milan Jelínek

## Ověření – legalizace

**Běžné číslo ověřovací knihy O      376/2005** --------------------------------------------------------
**Ověřuji, že Ing. Milan Jelínek, rodné číslo 670709/0478, bytem Brno, Zborovská 39** ------
**jehož/jejíž/ totožnost byla prokázána platným úředním průkazem, tuto listinu přede**
**mnou vlastnoručně podepsal/a/.** --------------------------------------------------------------------------

**V Písku dne 16.5.2005**



**PATENT**
**REEL: 016741 FRAME: 0174**

Inventor: _____
Philippe Gournay

On this 18 day of MAY , 2005, before me, the undersigned Notary Public, personally appeared Philippe Gournay, proved to me through satisfactory evidence of identification, which was/were driver's license , to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

_____
Signature of Notary

(Seal)

#163498

My Commission Expires: 2007|04|05

Notary Public

My Commission Expires: _____

BOS-832337 v1

PATENT
REEL: 016741 FRAME: 0175