# Exhibit 7

Attorney Docket No. 40128/10001 (08241-276)

FORM PTO 1585

R   05-04-2009   EET

103558989

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| **Vaclav EKSLER, Milan JELINEK and Redwan SALAMI** | Name: **VoiceAge Corporation** <br> Street Address: <br> 750 Lucerne Road, Suite 250 <br> City of Mount Royal <br> Québec, H3R 2H6 <br> Canada |
| Additional name(s) of conveying parties attached? ☐ Yes x No | |
| 3. Nature of conveyance: <br> ☒ Assignment    ☐ Merger <br> ☐ Security Agreement   ☐ Change of Name <br> ☐ Other: <br> Execution dates: January 14, 2008, January 7, 2008 and December 20, 2007 | |

| 4. Application numbers or patent numbers: | |
|---|---|
| A. Patent Applications: 12/446,892 filed on April 23, 2009 | B. Patent No.(s) |

RECEIVED MAY - 1

Additional Numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: <br><br> Name: Oleg F. Kaplun, Esq. <br> Internal Address: Fay Kaplun & Marcin, LLP <br><br> Street Address: 150 Broadway, Suite 702 <br> City: New York   State: New York   ZIP: 10038 | 6. Total number of applications and patents involved: 1 <br> TITLE: **METHOD AND DEVICE FOR CODING TRANSITION FRAMES IN SPEECH SIGNALS** |
|---|---|
| | 7. Total fee (37 C.F.R. 3.41) .......... $ 40.00 <br> ☒ Enclosed <br> ☐ Authorized to be charged to deposit account |
| | 8. Deposit account number: |

**DO NOT USE THIS SPACE**

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Oleg F. Kaplun, (Reg. No. 45,559)            April 24, 2009
Name of Person Signing      Signature            Date

Total Number of pages including cover sheet, attachments, and document: 7

OMB No. 0651-0011 (exp. 4/94)

Do not detach this portion
Mail documents to be recorded with required cover sheet information to:

05/01/2009 MJAMA1   00000033 12446892
01 FC:8021                    40.00 OP

Mail Stop: Assignments
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**PATENT**
**REEL: 022642 FRAME: 0748**

#08241-227#

# ASSIGNMENT OF INVENTION

## UNIVERSAL

WHEREAS, We, (1) EKSLER, Vaclav; (2) JELINEK, Milan; and (3) SALAMI, Redwan

whose full addresses are (1) 2-2610 Bonin, Sherbrooke (Québec) J1K 1C8, Canada; (2) 1355 Emile-Nelligan, Sherbrooke (Québec) J1L 2W8, Canada; and (3) 4045 Place Albert-Dreux, Saint-Laurent (Québec) H4R 2Y3, Canada

(hereinafter referred to as the assignor) in consideration of $1.00 and other good and valuable consideration, the receipt of which is hereby acknowledged and for which a full release and discharge is given, have and by these presents do hereby sell and assign to:
VOICEAGE CORPORATION

whose full post office address is 750 Lucerne Road, Suite 250, City of Mount Royal (Québec) H3R 2H6, Canada

(hereinafter referred to as the assignee), all of my/our rights, titles and interests in each and every country in the world in and to the invention entitled:
METHOD AND DEVICE FOR CODING TRANSITION FRAMES IN SPEECH SIGNALS

as described in the U.S. Provisional Application No. 60/853,749 filed in the United States Patent Office on October 24, 2006 and in the International Application No. PCT/CA2007/001896 filed with the Canadian Intellectual Property Office on October 24, 2007; including without limitation the right to claim, any and all of the benefit(s) of the International Convention relating to priority associated with the said invention and all of the corresponding rights, titles and interests in and to any and all patents, registrations and the like which may issue therefore anywhere in the world including, without limitation, in the United States, Canada and Europe and any validations based thereon, including, without limitation, any rights, titles and interest in any reissues and extensions thereof to be obtained in any country and any divisional, continuation, continuation-in-part, substitute application(s) or supplementary disclosure(s) which may be filed in any country and which pertains to the said invention.

We further agree without any further payment by said assignee other than reasonable expenses incurred by the undersigned, to communicate to said assignee, its representatives or agents, any facts relating to said invention, including evidence for interference purposes or for other proceedings, whenever requested; testify in any interference, litigation or other proceedings, whenever requested; and execute and deliver, on request, all lawful papers required to make any of the foregoing provisions effective, and likewise make these provisions binding upon my/our heirs, legal representatives, administrators and assigns.

**PATENT
REEL: 022642 FRAME: 0749**

#0.8241-227#

We hereby authorize the firm of BCF LLP to correct errors in this assignment or to insert any further identification or other information necessary or desirable to make this assignment suitable for recordal.

This assignment is being executed nunc pro tunc as of October 23, 2007.

Le(s) soussigné(s) désire(nt) que la présente cession soit rédigée en anglais. The undersigned request(s) that the present assignment be in English.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

2

**ASSIGNOR:**

_____
Name: Vaclav EKSLER

14/01/2008
Date: (MM/DD/YYYY)

_____
Witness

3

**ASSIGNOR:**

_(signature)_

Name: JELINEK, Milan

01 / 07 / 2008

Date: (MM/DD/YYYY)

_(signature)_
Witness

4

**ASSIGNOR:**

_____
Name: Redwan SALAMI

12/20/2007
_____
Date: (MM/DD/YYYY)

_____
Witness

5

**PATENT**
**REEL: 022642 FRAME: 0753**

#08241-227#

ASSIGNEE: _____

VOICEAGE CORPORATION

Date: 01/15/2008 (MM/DD/YYYY)

Witness: _____

6