# Exhibit 8

Attorney Docket No. 40128/12301 (08241-365)

| FORM PTO 1585 | 07/30/2012  103647485 | M COVER SHEET<br>F COMMERCE<br>mark Office<br>ONLY |  |

7-30-12

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| 1. Name of conveying party(ies):<br><br>Vaclav EKSLER<br><br>Additional name(s) of conveying parties attached? ☐ Yes x No | 2. Name and address of receiving party(ies)<br><br>Name:  **VoiceAge Corporation**<br><br>Street Address:<br><br>750 Lucerne Road, Suite 250<br>Town of Mount Royal<br>Québec, H3R 2H6<br>Canada |
| 3. Nature of conveyance:<br>☒  Assignment          ☐ Merger<br>☐  Security Agreement  ☐ Change of Name<br>☐  Other:<br>Execution dates: May 28, 2012 | |

4. Application numbers or patent numbers:

| A. Patent Applications: 13/469,744 filed on May 11, 2012 | B. Patent No.(s) |

Additional Numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>Name: Oleg F. Kaplun, Esq.<br>Internal Address: Fay Kaplun & Marcin, LLP<br><br>Street Address: 150 Broadway, Suite 702<br>City: New York   State: New York   ZIP: 10038 | 6. Total number of applications and patents involved: 1<br>TITLE:  TRANSFORM-DOMAIN CODEBOOK IN A CELP CODER AND DECODER |
| | 7. Total fee (37 C.F.R. 3.41) .......................... $ **40.00**<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account |
| | 8. Deposit account number: |

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

| Oleg F. Kaplun, (Reg. No. 45,559)<br>Name of Person Signing | Signature | July 26, 2012<br>Date |

Total Number of pages including cover sheet, attachments, and document: 3

OMB No. 0651-0011 (exp. 4/94)

07/30/2012 HTON11   00000046 13467111
01 FC:8021                        40.00 OP

Do not detach this portion
Mail documents to be recorded with required cover sheet information to:

Mail Stop:  Assignments
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**PATENT**
REEL: 028734 FRAME: 0215

Attorney Docket No. 40128/12301 (08241-365)

## ASSIGNMENT

WHEREAS, I/We,

**Vaclav EKSLER**
**1095 Auray, App. 8**
**Sherbrooke, Québec J1K 2C3**
**Canada**
**Citizenship: Czech Republic**

(hereinafter also referred to as "ASSIGNOR"); have invented new and useful inventions and discoveries in **"Transform-Domain Codebook In A Celp Coder And Decoder"**, for which a U.S. Patent Application was filed on **May 11, 2012** and assigned **Serial No. 13/469,744** which claims priority to U.S. Provisional Patent Appln. Serial No. **61/484,968** filed on **May 11, 2011**; and

WHEREAS, **VOICEAGE CORPORATION**, organized and existing under the laws of Canada and having an office at 750 Lucerne Road, Suite 250, Town of Mount Royal, Quebec, H3R 2H6, Canada, (hereinafter also referred to as "ASSIGNEE") the desires to acquire the entire right, title and interest in and to said application, and in and to said invention described and claimed in said application, and in and to any Letters Patent which may be obtained upon said application for said invention therein contained.

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN, be it known that for and in them hand paid, and of other good and valuable consideration, the receipt of all of which is hereby acknowledged, the said ASSIGNOR have sold, assigned and transferred, and do hereby sell, assign and transfer unto the said ASSIGNEE, its successors and assigns, the entire right, title and interest in and to said application and any continuations or continuations-in-part thereof, and in and to any Letters Patent which may be obtained thereon or therefore in the United States of America and all foreign countries, and in and to any reissues or extensions of any Letters Patent which may be granted for said invention, and in and to any improvements, additions to, or modifications of said invention, which the said ASSIGNOR may acquire by invention or otherwise, the same to be held and enjoyed by the said ASSIGNEE for its own use and benefit, and for the use and benefit of its successors and assigns, to the full end of the term for which said Letters Patent or any reissues or extensions thereof may be granted, as fully and as entirely as the same might be held by said ASSIGNOR had this sale not been made, and the said ASSIGNOR hereby represent and warrant that they have not executed and will not execute any instrument inconsistent with the rights granted herein, and they hereby bind themselves and their heirs, executors, administrators and legal representatives to execute any and all papers and instruments and to do any and all acts which may be necessary or required by the said ASSIGNEE, in order to carry into full force and effect this sale, assignment and transfer, and the said ASSIGNOR further

*VE* (initials)

Attorney Docket No. 40128/12301 (08241-365)

represent and warrant that they hereby bind themselves and their heirs, executors, administrators and legal representatives to communicate at any time, upon request to the said ASSIGNEE, its successors and assigns any facts relating to the said invention and the history thereof known to them or to their heirs, executors, administrators and legal representatives, and that they will testify as to the same in any interference to obtain or any other litigation to enforce the patent or patents which may be granted for said invention when requested to do so by the said ASSIGNEE, its successors or assigns.

The said ASSIGNOR hereby authorize and request the Commissioner of Patents and Trademarks to issue any Letters Patent which may be granted for said invention to the said ASSIGNEE as the assignee of the entire right, title and interest therein.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this __28__

day of __May__, 2012.

_Vaclav [signature]_

**Vaclav EKSLER**