# Exhibit 9

Attorney Docket No. 40128/10701 (08241-297)

FORM PTO 1585

R     12-23-2009     EET

103584316

12/22/09

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| 1. Name of conveying party(ies):<br><br>Vladimir MALENVOSKY, Milan JELINEK, Tommy VAILLANCOURT and Redwan SALAMI<br><br>Additional name(s) of conveying parties attached? ☐ Yes x No | 2. Name and address of receiving party(ies)<br><br>Name: **VoiceAge Corporation**<br>Street Address:<br><br>750 Lucerne Road, Suite 250<br>Town of Mount Royal<br>Québec, H3R 2H6<br>Canada |
|---|---|
| 3. Nature of conveyance:<br>☒ Assignment    ☐ Merger<br>☐ Security Agreement    ☐ Change of Name<br>☐ Other:<br>Execution dates: September 8, 2008, September 2, 2008, September 3, 2008 and August 27, 2008 | RECEIVED<br>DEC 22 2009 |

4. Application numbers or patent numbers:

| A. Patent Applications: 12/664,934 filed on December 16, 2009 | B. Patent No.(s) |
|---|---|

Additional Numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>Name: Oleg F. Kaplun, Esq.<br>Internal Address: Fay Kaplun & Marcin, LLP<br><br>Street Address: 150 Broadway, Suite 702<br>City: New York    State: New York    ZIP: 10038 | 6. Total number of applications and patents involved: 1<br>TITLE: **METHOD AND DEVICE FOR SOUND ACTIVITY DETECTION AND SOUND SIGNAL CLASSIFICATION**<br><br>7. Total fee (37 C.F.R. 3.41) .................. $ **40.00**<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account<br><br>8. Deposit account number: |
|---|---|

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

| Oleg F. Kaplun, (Reg. No. 45,559)<br>Name of Person Signing     Signature | December 16, 2009<br>Date |
|---|---|

Total Number of pages including cover sheet, attachments, and documents: 7

OMB No. 0651-0011 (exp. 4/94)

12/22/2009 DBYRNE    00000067 12664934
01 FC:8021    40.00 OP

Do not detach this portion
Mail documents to be recorded with required cover sheet information to:

Mail Stop: Assignments
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**PATENT**
**REEL: 023703 FRAME: 0070**

## ASSIGNMENT OF INVENTION

### UNIVERSAL

WHEREAS, I/We (1) Vladimir Malenovsky; (2) Milan Jelinek; (3) Tommy Vaillancourt ; and (4) Redwan Salami.

whose full addresses are (1) 2515 rue Galt Ouest, Apt. 17, Sherbrooke, Québec J1K 1L7, Canada; (2) 1355 Emile-Nelligan, Sherbrooke, Québec J1L 2W8, Canada; (3) 835 rue Farrand, Sherbrooke, Québec J1N 2K1, Canada; and (4) 4045 Place Albert-Dreux, Saint-Laurent, Québec H4R 2Y3, Canada

(hereinafter referred to as the assignor) in consideration of $1.00 and other good and valuable consideration, the receipt of which is hereby acknowledged and for which a full release and discharge is given, do hereby sell and assign to VOICEAGE CORPORATION

whose full post office address is 750 Lucerne Road, Suite 250, Town of Mount-Royal, Québec H3R 2H6, Canada

(hereinafter referred to as the assignee), all of my/our rights, titles and interests in each and every country in the world including, without limitation, the United-States and Canada and to the invention entitled: METHOD AND DEVICE FOR SOUND ACTIVITY DETECTION AND SOUND SIGNAL CLASSIFICATION

as described in the U.S. Provisional Patent Application No. 60/929,336 filed on June 22, 2007 with the United States Patent and Trade-Mark Office; also described in the International Patent Application No. PCT/CA2008/001184 filed with the Canadian PCT Receiving Office on June 20, 2008; including without limitation the right to claim, any and all of the benefit(s) of the International Convention relating to priority associated with the said invention and all of my corresponding rights, titles and interests in and to any and all patents, registrations and the like which may issue therefor anywhere in the world including, without limitation, the United States and Canada, including any rights, titles and interest in any reissues and extensions thereof to be obtained in any country including, without limitation, the United-States and Canada and any divisional, continuation, continuation-in-part, substitute application(s) or supplementary disclosure(s) which may be filed in any country including, without limitation, the United-States and Canada, and which pertains to the said invention.

I/We further agree without any further payment by said assignee other than reasonable expenses incurred by the undersigned, to communicate to said assignee, its representatives or agents, any facts relating to said invention or inventions, including evidence for interference purposes or for other proceedings, whenever requested; testify in any interference, litigation or other proceedings, whenever requested; and execute and deliver, on request, all lawful papers required to make any of the foregoing provisions effective, and likewise make these provisions binding upon my/our heirs, legal representatives, administrators and assigns.

I/We hereby authorize the firm of BCF LLP to correct errors in this assignment or to insert any further identification or other information necessary or desirable to make this assignment suitable for recordal.

Le(s) soussigné(s) désire(nt) que la présente cession soit rédigée en anglais. The undersigned request(s) that the present assignment be in English.

This assignment is being executed nunc pro tunc as of June 19, 2008.

PATENT
REEL: 023703 FRAME: 0071

#08241-252

ASSIGNOR:

*[signature]*

Name: Vladimir MALENOVSKY

09/08/2008

Date: (MM/DD/YYYY)

*[signature]*

Witness

PATENT
REEL: 023703 FRAME: 0072

ASSIGNOR:

*[signature]*

Name: Milan JELINEK

09 / 02 / 2008

Date: (MM/DD/YYYY)

*[signature]*

Witness

3

**PATENT**
**REEL: 023703 FRAME: 0073**

ASSIGNOR:

_[signature]_

Name: Tommy VAILLANCOURT

09/03/2006

Date: (MM/DD/YYYY)

_[signature]_
Witness

4

ASSIGNOR:

_____
Name: Redwan SALAMI

08-27-2008
Date: (MM/DD/YYYY)

_____
Witness

5

ASSIGNEE:

_____
VOICEAGE CORPORATION

09/02/2008
Date: (MM/DD/YYYY)

_____
Witness

6

**RECORDED: 12/22/2009**

**PATENT
REEL: 023703 FRAME: 0076**