# Exhibit 10

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1     EPAS ID: PAT3297044
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| REDWAN SALAMI | 04/29/2014 |
| VACLAV EKSLER | 05/02/2014 |

**RECEIVING PARTY DATA**

| Name: | VOICEAGE CORPORATION |
|---|---|
| Street Address: | 750 LUCERNE ROAD |
| Internal Address: | SUITE 250 |
| City: | TOWN OF MOUNT ROYAL, QUEBEC |
| State/Country: | CANADA |
| Postal Code: | H3R 2H6 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 14677672 |

**CORRESPONDENCE DATA**

| Fax Number: | (212)619-0276 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 212-619-6000 |
|---|---|
| Email: | sgelline@FKMiplaw.com |
| Correspondent Name: | FAY KAPLUN & MARCIN, LLP |
| Address Line 1: | 150 BROADWAY, SUITE 702 |
| Address Line 4: | NEW YORK, NEW YORK 10038 |

| ATTORNEY DOCKET NUMBER: | 40128/13501(08241-516) |
|---|---|
| NAME OF SUBMITTER: | OLEG F. KAPLUN |
| SIGNATURE: | /Oleg F. Kaplun/ |
| DATE SIGNED: | 04/03/2015 |

**Total Attachments: 4**
source=13501SignedAssignment#page1.tif
source=13501SignedAssignment#page2.tif
source=13501SignedAssignment#page3.tif
source=13501SignedAssignment#page4.tif

503250425

PATENT
REEL: 035332 FRAME: 0357

# ASSIGNMENT OF INVENTION

**UNIVERSAL**

WHEREAS, I/We  1) Redwan SALAMI; and 2) Vaclav EKSLER;  whose full address is/are 1) 203 rue Khalil-Gibran, Saint-Laurent, Québec, H4N 4A2, CANADA; and 2) 1095 Auray, App. 8, Sherbrooke, Québec, J1K 2C3, CANADA

(hereinafter referred to as the assignor) in  consideration  of  $1.00  and  other  good  and  valuable consideration, the receipt of which is hereby  acknowledged and for which a full release and discharge is given, have and by these presents do hereby sell and assign to **VOICEAGE CORPORATION**

whose full post office address is  750 Lucerne Road, Suite 250, Town of Mount Royal, Quebec, H3R 2H6, CANADA;

(hereinafter referred to as the assignee), all of my/our rights, titles and interests in each and every country in the world, including, without limitation, the United States, Europe and Canada, in and to the invention(s) entitled:   METHODS,  ENCODER  AND  DECODER  FOR  LINEAR  PREDICTIVE  ENCODING  AND DECODING OF SOUND SIGNALS UPON TRANSITION BETWEEN FRAMES HAVING DIFFERENT SAMPLING RATES

as described in U.S. Provisional Patent Application No. 61/980,865 filed on April 17, 2014, including without limitation the right to claim, any and all of the benefit(s) of the International Convention relating to priority associated with the said invention(s) and all of my corresponding rights, titles and interests in and to any and all patents, registrations and the like which may issue therefore anywhere in the world including, without limitation, the United States, Europe and Canada, including any rights, titles and interest in any reissues and extensions thereof to be obtained in any country including, without limitation, the United States, Europe and Canada, and any divisional, continuation, continuation-in-part, substitute application(s) or supplementary disclosure(s) which may be filed in any country including, without limitation, the United States, Europe and Canada, and which pertains to the said invention(s).

I/We further agree without any payment by said assignee other than expenses incurred by the undersigned, to communicate to said assignee, its representatives or agents, any facts relating to said invention or inventions, including evidence for interference purposes or for other proceedings, whenever requested; testify in any interference, litigation or other proceedings, whenever requested; and execute and deliver, on request, all lawful papers required to make any of the foregoing provisions effective, and likewise make these provisions binding upon my/our heirs, legal representatives, administrators and assigns.

I/We hereby authorize the firm of BCF LLP to correct errors in this assignment or to insert any further identification or other information necessary or desirable to make this assignment suitable for recordal.

Le(s)  soussigné(s)  désire(nt)  que  la  présente  cession  soit  rédigée  en  anglais.  The undersigned request(s) that the present assignment be in English.

5077541.1

IN WITNESS WHEREOF, I/WE have hereunto set my/our hand(s) and seal.

**Redwan SALAMI:**

Signature: _____

Date: (MM/DD/YYYY) APRIL 29 2014

Witness: _____

5077541.1

**PATENT
REEL: 035332 FRAME: 0359**

IN WITNESS WHEREOF, I/WE have hereunto set my/our hand(s) and seal.

**Vaclav EKSLER**:

_[signature]_
Signature:

2014 - 05 - 02
Date: (MM/DD/YYYY)

_[signature]_
Witness

5077541.1

IN WITNESS WHEREOF, I/WE have hereunto set my/our hand(s) and seal.

**VOICEAGE CORPORATION**

Name of signing officer: SYLVAIN DESJARDINS
Title of signing officer: Co-PRESIDENT

Date: (MM/DD/YYYY)  MAY 7, 2014

_____
Witness

5077541.1