# Exhibit 11

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1     EPAS ID: PAT5674142
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| VOICEAGE CORPORATION | 12/05/2018 |

### RECEIVING PARTY DATA

| Name: | VOICEAGE EVS LLC |
|---|---|
| Street Address: | 620 NEWPORT CENTER DRIVE, SUITE 1100 |
| City: | NEWPORT BEACH |
| State/Country: | CALIFORNIA |
| Postal Code: | 92660 |

### PROPERTY NUMBERS Total: 18

| Property Type | Number |
|---|---|
| Application Number: | 15814083 |
| Application Number: | 15815304 |
| Patent Number: | 7693710 |
| Patent Number: | 8255207 |
| Patent Number: | 8401843 |
| Patent Number: | 8990073 |
| Patent Number: | 8401845 |
| Patent Number: | 9053705 |
| Patent Number: | 9015038 |
| Patent Number: | 9076443 |
| Patent Number: | 9626982 |
| Patent Number: | 9911425 |
| Patent Number: | 10115408 |
| Patent Number: | 8825475 |
| Patent Number: | 9252728 |
| Patent Number: | 9384755 |
| Patent Number: | 9870781 |
| Patent Number: | 9852741 |

### CORRESPONDENCE DATA

| | |
|---|---|
| **Fax Number:** | (212)619-0276 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 2126196000 |
| **Email:** | bnasunova@fkmiplaw.com |
| **Correspondent Name:** | FAY KAPLUN & MARCIN, LLP |
| **Address Line 1:** | 150 BROADWAY, SUITE 702 |
| **Address Line 4:** | NEW YORK, NEW YORK 10038 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 40128/99999 |
| **NAME OF SUBMITTER:** | OLEG F. KAPLUN |
| **SIGNATURE:** | /Oleg F. Kaplun/ |
| **DATE SIGNED:** | 08/19/2019 |

**Total Attachments: 11**
source=AssignmentVoiceAge#page1.tif
source=AssignmentVoiceAge#page2.tif
source=AssignmentVoiceAge#page3.tif
source=AssignmentVoiceAge#page4.tif
source=AssignmentVoiceAge#page5.tif
source=AssignmentVoiceAge#page6.tif
source=AssignmentVoiceAge#page7.tif
source=AssignmentVoiceAge#page8.tif
source=AssignmentVoiceAge#page9.tif
source=AssignmentVoiceAge#page10.tif
source=AssignmentVoiceAge#page11.tif

EXECUTION COPY

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, VoiceAge Corporation, a Quebec corporation, with an office at 750 Lucerne Rd., Suite 250, Montreal, Quebec, Canada ("Assignor"), does hereby sell, assign, transfer, and convey unto VoiceAge EVS LLC, a Delaware limited liability company, with an address at 1345 Avenue of the Americas, 46th Floor, New York, NY 10105 ("Assignee"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "Patent Rights"), free and clear of all liens, claims and encumbrances other than those Assignee has expressly agreed in writing will continue to encumber the Patent Rights after execution and delivery of this Assignment of Patent Rights:

(a)   the provisional patent applications, patent applications and patents listed in the tables below (the "**Patents**");

| METHOD AND DEVICE FOR EFFICIENT FRAME ERASURE CONCEALMENT IN LINEAR PREDICTIVE BASED SPEECH CODECS | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-171 | VAC 1000 | AT | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | BE | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | CH/LI | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | DE | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | DK | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | ES | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | FI | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | FR | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | GR | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | IE | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | NL | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | PT | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | SE | 2002/05/31 | 03727094.9 | 2003-05-30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | TR | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-171 | VAC 1000 | UK | 2002/05/31 | 03727094.9 | 2003-05-30 | 1509903 | 2017/04/12 |
| 08241-178 | VAC 1000 | AU | 2002/05/31 | 2003233724 | 2003/05/30 | 2003233724 | 2009/10/29 |
| 08241-170 | VAC 1000 | BR | 2002/05/31 | PI0311523-2 | 2003/05/30 | PI0311523-2 | 6/26/2018 |
| 08241-578 | VAC 1000 | BR Div. | 2002/05/31 | BR122017019860-2 | 2003/05/30 | | |
| 08241-168 | VAC 1000 | CA | 2002/05/31 | 2,483,791 | 2003/05/30 | 2,483,791 | 2013/09/03 |
| 08241-175 | VAC 1000 | CN | 2002/05/31 | 3812594.3 | 2003/05/30 | ZL03812594.3 | 2007/09/19 |
| 08241-188 | VAC 1000 | HK | 2002/05/31 | 05107753.7 | 2003/05/30 | pending | |
| 08241-177 | VAC 1000 | IN | 2002/05/31 | 1665/KOLNP/2004 | 2003/05/30 | 239135 | 2010/03/09 |
| 08241-171 | VAC 1000 | IT | 2002/05/31 | 03727094.9 | 2003/05/30 | 1509903 | 2017/04/12 |
| 08241-174 | VAC 1000 | JP | 2002/05/31 | 2004-509923 | 2003/05/30 | 4658596 | 2011/01/07 |
| 08241-176 | VAC 1000 | KR | 2002/05/31 | 10-2004-7019427 | 2003/05/30 | 1032119 | 2011/04/22 |
| 08241-169 | VAC 1000 | MX | 2002/05/31 | 04/11751 | 2003/05/30 | 262081 | 2008/11/10 |
| 08241-063 | VAC 1000 | MY | 2002/05/31 | PI 20032026 | 2003/05/31 | MY-141649-A | 2010/05/31 |
| 08241-179 | VAC 1000 | NZ | 2002/05/31 | 536238 | 2003/05/30 | 536238 | 2006/10/12 |
| 08241-172 | VAC 1000 | RU | 2002/05/31 | 2004138286 | 2003/05/30 | 2325707 | 2008/05/27 |
| 08241-167 | VAC 1000 | US | 2002-05-31 | 10/515,569 | 2003-05-30 | US 7,693,710 B2 | 2010-04-06 |
| 08241-180 | VAC 1000 | ZA | 2002/05/31 | 2004/9643 | 2003/05/30 | 2004/9643 | 2006/06/28 |
| 08241-173 | VAC 1000 | NO | 2002/05/31 | 20045578 | 2003/05/30 | Abandoned in 2010 | |
| 08241-055 | VAC 1000 | WIPO | 2002/05/31 | PCT/CA03/00830 | 2003/05/30 | | |

| METHOD AND DEVICE FOR EFFICIENT FRAME ERASURE CONCEALMENT IN SPEECH CODECS | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-239 | VAC 2200 | AT | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | BE | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | CH/LI | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | DE | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | DK | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | ES | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | FI | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | FR | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | GR | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | IE | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | IT | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | NL | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | PT | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | SE | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | UK | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | PL | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-239 | VAC 2200 | TR | 2005/12/28 | 06840572.9 | 2006/12/28 | 1979895 | 2013-10-09 |
| 08241-249 | VAC 2200 | US | 2005/12/28 | 12/095,224 | 2006/12/28 | 8255207 | 2012-08-28 |
| 08241-237 | VAC 2200 | CA | 2005/12/28 | 2,628,510 | 2006/12/28 | 2,628,510 | 2015-02-24 |
| 08241-241 | VAC 2200 | IN | 2005/12/28 | 5260/DELNP/2008 | 2006/12/28 | | |
| 08241-242 | VAC 2200 | JP | 2005/12/28 | 2008-547818 | 2006/12/28 | 5149198 | 2012-12-07 |
| 08241-248 | VAC 2200 | RU | 2005/12/28 | 2008130674 | 2006/12/28 | 2419891 | 2011-05-27 |
| 08241-235 | VAC 2200 | AU | 2005/12/28 | 2006331305 | 2006/12/28 | abandoned in 2010 | |
| 08241-236 | VAC 2200 | BR | 2005/12/28 | PI0620838-0 | 2006/12/28 | abandoned in 2010 | |
| 08241-238 | VAC 2200 | CN | 2005/12/28 | 200680050130.X | 2006/12/28 | abandoned in 2010 | |
| 08241-240 | VAC 2200 | ID | 2005/12/28 | W00200801812 | 2006/12/28 | abandoned in 2009 | |
| 08241-243 | VAC 2200 | KR | 2005/12/28 | 10-2008-7018581 | 2006/12/28 | abandoned in 2010 | |
| 08241-244 | VAC 2200 | MX | 2005/12/28 | 08/08477 | 2006/12/28 | abandoned in 2010 | |
| 08241-245 | VAC 2200 | MY | 2005/12/28 | PI 20081791 | 2006/12/28 | abandoned in 2010 | |
| 08241-246 | VAC 2200 | NO | 2005/12/28 | 20083167 | 2006/12/28 | abandoned in 2010 | |
| 08241-247 | VAC 2200 | NZ | 2005/12/28 | 568467 | 2006/12/28 | abandoned in 2010 | |
| 08241-250 | VAC 2200 | ZA | 2005/12/28 | 2008/05054 | 2006/12/28 | abandoned in 2010 | |
| 08241-251 | VAC 2200 | HK | 2005/12/28 | 09104065.3 | 2006/12/28 | abandoned in 2010 | |
| 08241-218 | VAC 2200 | WIPO | 2005/12/28 | PCT/CA2006/002146 | 2006/12/28 | | |

| | METHOD AND DEVICE FOR CODING TRANSITION FRAMES IN SPEECH SIGNALS | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-265 | VAC 2400 | AT | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | BE | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-262 | VAC 2400 | BR | 2006/10/24 | PI0718300-3 | 2007-10-24 | | |
| 08241-263 | VAC 2400 | CA | 2006/10/24 | 2,666,546 | 2007-10-24 | 2,666,546 | 2016-01-19 |
| 08241-265 | VAC 2400 | CH/LI | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-264 | VAC 2400 | CN | 2006/10/24 | 200780048077.4 | 2007-10-24 | ZL200780048077.4 | 2013-07-17 |
| 08241-265 | VAC 2400 | DE | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | DK | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | ES | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | FI | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | FR | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | GB | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | GR | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-277 | VAC 2400 | HK | 2006/10/24 | 09112127.2 | 2007-10-24 | HK1132324 | 2013-11-15 |
| 08241-266 | VAC 2400 | ID | 2006/10/24 | W00200901073 | 2007-10-24 | IDP000035689 | 2014-03-14 |
| 08241-265 | VAC 2400 | IE | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-267 | VAC 2400 | IN | 2006/10/24 | 2685/DELNP/2009 | 2007-10-24 | | |
| 08241-265 | VAC 2400 | IT | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-268 | VAC 2400 | JP | 2006/10/24 | 2009-533622 | 2007-10-24 | 5166425 | 2012-12-28 |
| 08241-269 | VAC 2400 | KR | 2006/10/24 | 10-2009-7010701 | 2007-10-24 | 1406113 | 2014-06-03 |
| 08241-270 | VAC 2400 | MX | 2006/10/24 | 09/04427 | 2007-10-24 | 310.803 | 2013-06-21 |
| 08241-271 | VAC 2400 | MY | 2006/10/24 | PI 20091661 | 2007-10-24 | MY-152845-A | 2014-11-28 |
| 08241-265 | VAC 2400 | NL | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-272 | VAC 2400 | NO | 2006/10/24 | 20092017 | 2007-10-24 | 341585 | 2017-12-11 |
| 08241-273 | VAC 2400 | PH | 2006/10/24 | 1-2009-500783 | 2007-10-24 | 1-2009-500783 | 2014-03-31 |
| 08241-265 | VAC 2400 | PT | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-275 | VAC 2400 | RU | 2006/10/24 | 2009119491 | 2007-10-24 | 2462769 | 2012-09-27 |
| 08241-265 | VAC 2400 | SE | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-265 | VAC 2400 | TR | 2006/10/24 | 07816046.2 | 2007-10-24 | 2,102,619 | 2017-03-22 |
| 08241-276 | VAC 2400 | US | 2006/10/24 | 12/446,892 | 2007-10-24 | 8,401,843 | 2013-03-19 |
| 08241-274 | VAC 2400 | PL | 2006/10/24 | P-388669 | 2007-10-24 | Abandoned in 2013 | |
| 08241-227 | VAC 2400 | WIPO | 2006/10/24 | PCT/CA2007/001896 | 2007-10-24 | | |

| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
|---|---|---|---|---|---|---|---|
| **METHOD AND DEVICE FOR SOUND ACTIVITY DETECTION AND SOUND SIGNAL CLASSIFICATION** | | | | | | | |
| 08241-292 | VAC 2700 | CA | 2007/06/22 | 2,690,433 | 2008-06-20 | 2,690,433 | 2016-01-19 |
| 08241-293 | VAC 2700 | DE | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-293 | VAC 2700 | FR | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-294 | VAC 2700 | IN | 2007/06/22 | 123/DELNP/2010 | 2008-06-20 | | |
| 08241-293 | VAC 2700 | IT | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-295 | VAC 2700 | JP | 2007/06/22 | 2010-512474 | 2008-06-20 | 5395066 | 2013-10-25 |
| 08241-296 | VAC 2700 | RU | 2007/06/22 | 2010101881 | 2008-06-20 | 2441286 | 2012-01-27 |
| 08241-293 | VAC 2700 | UK | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-297 | VAC 2700 | US | 2007/06/22 | 12/664,934 | 2008-06-20 | 8,990,073 | 2015-03-24 |
| 08241-293 | VAC 2700 | BE | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-293 | VAC 2700 | CH | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-293 | VAC 2700 | NO | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-293 | VAC 2700 | ES | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-293 | VAC 2700 | TR | 2007/06/22 | 08783143.4 | 2008-06-20 | 2162880 | 2014-12-24 |
| 08241-252 | VAC 2700 | WIPO | 2007/06/22 | PCT/CA2008/001184 | 2008-06-20 | | |
| **SYSTEM AND METHOD FOR ENHANCING A DECODED TONAL SOUND SIGNAL** <br> (Tommy Vaillancourt, Milan Jelinek, Vladimir Malenovsky, Redwan Salami) | | | | | | | |
| 08241-312 | VAC 2900 | CA | 3/5/2008 | 2,715,432 | 2009/03/05 | 2,715,432 | 2016/08/16 |
| 08241-314 | VAC 2900 | IN | 3/5/2008 | 5214/CHENP/2010 | 2009/03/05 | 301675 | 2018/09/28 |
| 08241-315 | VAC2900 | JP | 3/5/2008 | 2010-548995 | 2009/03/05 | 5247826 | 2013/04/19 |
| 08241-316 | VAC2900 | RU | 3/5/2008 | 2010140620 | 2009/03/05 | 2470385 | 2012/12/20 |
| 08241-317 | VAC2900 | US | 2008/03/05 | 12/918,586 | 2009/03/05 | 8,401,845 | 2013/03/19 |
| 08241-506 | VAC2900 | DE | 3/5/2008 | 15151693.7 | 2009/03/05 | 2863390 | 2018/01/31 |
| 08241-506 | VAC2900 | FR | 3/5/2008 | 15151693.7 | 2009/03/05 | 2863390 | 2018/01/31 |
| 08241-506 | VAC2900 | IT | 3/5/2008 | 15151693.7 | 2009/03/05 | 2863390 | 2018/01/31 |
| 08241-506 | VAC2900 | UK | 3/5/2008 | 15151693.7 | 2009/03/05 | 2863390 | 2018/01/31 |
| 08241-506 | VAC2900 | ES | 3/5/2008 | 15151693.7 | 3/5/2009 | 2863390 | 1/31/2018 |
| 08241-313 | VAC2900 | EP | 3/5/2008 | 09717868.5 | 3/5/2009 | Abandoned in 2015 (continued in 15151693.7) | |
| 08241-258 | VAC2900 | WIPO | 3/5/2008 | PCT/CA2009/000276 | 2009/03/05 | | |

| FLEXIBLE AND SCALABLE COMBINED INNOVATION CODEBOOK FOR USE IN CELP CODER AND DECODER | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-370 | VAC 3300 | AU | 2010/04/14 | 2011241424 | 2011/04/08 | 2011241424 | 2016/08/18 |
| 08241-371 | VAC 3300 | BR | 2010/04/14 | BR112012025347-6 | 2011/04/08 | | |
| 08241-372 | VAC 3300 | CA | 2010/04/14 | 2,789,107 | 2011/04/08 | 2,789,107 | 2017/08/15 |
| 08241-373 | VAC 3300 | CN | 2010/04/14 | 201180018989.3 | 2011/04/08 | ZL201180018989.3 | 2017/05/03 |
| 08241-375 | VAC 3300 | HK | 2010/04/14 | 13102954.5 | 2011/04/08 | 1175581B | 2018/03/09 |
| 08241-376 | VAC 3300 | IN | 2010/04/14 | 7076/CHENP/2012 | 2011/04/08 | | |
| 08241-377 | VAC 3300 | JP | 2010/04/14 | 2013-504078 | 2011/04/08 | 6073215 | 2017/01/13 |
| 08241-561 | VAC 3300 | JP Div | 2010/04/14 | 2017-000076 | 2011/04/08 | | |
| 08241-378 | VAC 3300 | KR | 2010/04/14 | 10-2012-7023628 | 2011/04/08 | 1771065 | 2017/08/18 |
| 08241-379 | VAC 3300 | MX | 2010/04/14 | MX/a/2012/011943 | 2011/04/08 | 323972 | 2014/09/17 |
| 08241-380 | VAC 3300 | MY | 2010/04/14 | PI 2012003587 | 2011/04/08 | MY-162594-A | 2017/06/30 |
| 08241-381 | VAC 3300 | RU | 2010/04/14 | 2012148280 | 2011/04/08 | 2547238 | 2015/04/10 |
| 08241-344 | VAC 3300 | US | 2010/04/14 | 13/083,900 | 2011/04/11 | 9,053,705 | 2015/06/09 |
| 08241-382 | VAC 3300 | ZA | 2010/04/14 | 2012/06333 | 2011/04/08 | 2012/06333 | 2013/04/24 |
| 08241-374 | VAC 3300 | AT | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | BE | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | CH/Li | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | DE | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | DK | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | ES | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | FI | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | FR | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | GR | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | IE | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | IT | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | NO | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | NL | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | PT | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | SE | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | TR | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-374 | VAC 3300 | UK | 2010/04/14 | 11768309.4 | 2011/04/08 | 2559028 | 2015/09/16 |
| 08241-345 | VAC 3300 | WIPO | | PCT/CA2011/000398 | | | |

| CODING GENERIC AUDIO SIGNALS AT LOW BITRATES AND LOW DELAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-352 | VAC 3500 | US | 2010/10/25 | 13/280,707 | 2011/10/25 | 9,015,038 | 2015/04/21 |
| 08241-452 | VAC 3500 | CA | 2010/10/25 | 2,815,249 | 2011/10/24 | 2,815,249 | 2018/04/24 |
| 08241-459 | VAC 3500 | MX | 2010/10/25 | MX/a/2013/004673 | 2011/10/24 | | |
| 08241-460 | VAC 3500 | MY | 2010/10/25 | PI 2013700658 | 2011/10/24 | MY-164748-A | 2018/01/30 |
| 08241-453 | VAC 3500 | CN | 2010/10/25 | 201180062729.6 | 2011/10/24 | ZL 201180062729.6 | 2015/06/03 |
| 08241-455 | VAC 3500 | HK | 2010/10/25 | 13112954.4 | 2011/10/24 | HK1185709B | 2015/12/24 |
| 08241-456 | VAC 3500 | IN | 2010/10/25 | 3236/CHENP/2013 | 2011/10/24 | | |
| 08241-457 | VAC 3500 | JP | 2010/10/25 | 2013-535216 | 2011/10/24 | 5978218 | 2016/07/29 |
| 08241-458 | VAC 3500 | KR | 2010/10/25 | 10-2013-7013143 | 2011/10/24 | 1858466 | 2018/05/10 |
| 08241-654 | VAC 3500 | KR - Div | 2010/10/25 | 10-2018-7011402 | 2011/10/24 | | |
| 08241-454 | VAC 3500 | AT | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633521 | 2018/08/01 |
| 08241-454 | VAC 3500 | BE | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633522 | 2018/08/02 |
| 08241-454 | VAC 3500 | CH/LI | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633523 | 2018/08/03 |
| 08241-454 | VAC 3500 | CZ | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633524 | 2018/08/04 |
| 08241-454 | VAC 3500 | DE | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633525 | 2018/08/05 |
| 08241-454 | VAC 3500 | DK | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633526 | 2018/08/06 |
| 08241-454 | VAC 3500 | ES | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633527 | 2018/08/07 |
| 08241-454 | VAC 3500 | FI | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633528 | 2018/08/08 |
| 08241-454 | VAC 3500 | FR | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633529 | 2018/08/09 |
| 08241-454 | VAC 3500 | UK | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633530 | 2018/08/10 |
| 08241-454 | VAC 3500 | GR | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633531 | 2018/08/11 |
| 08241-454 | VAC 3500 | IE | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633532 | 2018/08/12 |
| 08241-454 | VAC 3500 | IT | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633533 | 2018/08/13 |
| 08241-454 | VAC 3500 | NL | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633534 | 2018/08/14 |
| 08241-454 | VAC 3500 | NO | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633535 | 2018/08/15 |
| 08241-454 | VAC 3500 | PL | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633536 | 2018/08/16 |
| 08241-454 | VAC 3500 | PT | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633537 | 2018/08/17 |
| 08241-454 | VAC 3500 | RO | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633538 | 2018/08/18 |
| 08241-454 | VAC 3500 | SE | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633539 | 2018/08/19 |
| 08241-454 | VAC 3500 | TR | 2010/10/25 | 11835383.8 | 2011/10/24 | 2633540 | 2018/08/20 |
| 08241-574 | VAC 3500 | EP Div | 2010/10/25 | 17175692.7 | 2011/10/24 | | |
| 08241-461 | VAC 3500 | RU | 2010/10/25 | 2013124065 | 2011/10/24 | 2596584 | 2016/09/10 |
| 08241-351 | VAC 3500 | PCT | 2010/10/25 | PCT/CA2011/001182 | 2011/10/24 | | |

| DEVICE AND METHOD FOR QUANTIZING THE GAINS OF THE ADAPTATIVE AND FIXED CONTRIBUTIONS OF THE EXCITATION IN A CELP CODEC |

| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
|---|---|---|---|---|---|---|---|
| 08241-363 | VAC 3600 | US | 2011/02/15 | 13/396,371 | 2012/02/14 | 9,076,443 | 2015/07/07 |
| 08241-504 | VAC 3600 | US Div | 2011/02/15 | 14/456,909 | 2012/02/14 | 9,626,982 | 2017/04/18 |
| 08241-567 | VAC 3600 | US Div | 2011/02/15 | 15/461,945 | 2012/02/14 | 9,911,425 | 2018/03/06 |
| 08241-575 | VAC 3600 | US Div | 2011/02/15 | 15/610,268 | 2012/02/14 | 10,115,408 | 10/30/2018 |
| 08241-464 | VAC 3600 | CA | 2011/02/15 | 2,821,577 | 2012/02/14 | | |
| 08241-471 | VAC 3600 | MX | 2011/02/15 | MX/a/2013/009295 | 2012/02/14 | 330992 | 2015/04/21 |
| 08241-468 | VAC 3600 | IN | 2011/02/15 | 4832/CHENP/2013 | 2012/02/14 | | |
| 08241-474 | VAC 3600 | PH | 2011/02/15 | 1-2013-501216 | 2012/02/14 | 1-2013-501216 | 2016/03/18 |
| 08241-465 | VAC 3600 | CN | 2011/02/15 | 201280008952.7 | 2012/02/14 | ZL 201280008952.7 | 2017/04/12 |
| 08241-515 | VAC 3600 | CN Div | 2011/02/15 | 201510023526.6 | 2012/02/14 | | |
| 08241-467 | VAC 3600 | HK | 2011/02/15 | 14100190.2 | 2012/02/14 | 1187441B | 2018/03/09 |
| 08241-469 | VAC 3600 | JP | 2011/02/15 | 2013-552805 | 2012/02/14 | 6072700 | 2017/01/13 |
| 08241-560 | VAC 3600 | JP Div | 2011/02/15 | 2016-252938 | 2012/02/14 | 6316398 | 2018/04/06 |
| 08241-470 | VAC 3600 | KR | 2011/02/15 | 10-2013-7022984 | 2012/02/14 | | |
| 08241-463 | VAC 3600 | AU | 2011/02/15 | 2012218778 | 2012/02/14 | 2012218778 | 2017/02/02 |
| 08241-476 | VAC 3600 | ZA | 2011/02/15 | 2013/05431 | 2012/02/14 | 2013/05431 | 2016/07/27 |
| 08241-475 | VAC 3600 | RU | 2011/02/15 | 2013142151 | 2012/02/14 | 2591021 | 2016/07/10 |
| 08241-473 | VAC 3600 | NZ | 2011/02/15 | 611801 | 2012/02/14 | 611801 | 2015/09/29 |
| 08241-466 | VAC 3600 | EP | 2011/02/15 | 12746553.2 | 2012/02/14 | | |
| 08241-362 | VAC 3600 | WIPO | 2011/02/15 | PCT/CA2012/000138 | 2012/02/14 | | |

| TRANSFORM-DOMAIN CODEBOOK IN A CELP CODER AND DECODER |

| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
|---|---|---|---|---|---|---|---|
| 08241-365 | VAC3700 | US | 2011/05/11 | 13/469,744 | 2012/05/11 | 8,825,475 | 2014-09-02 |
| 08241-477 | VAC3700 | CA | 2011/05/11 | 2,830,105 | 2012/05/09 | 2,830,105 | 2018-06-05 |
| 08241-480 | VAC3700 | IN | 2011/05/11 | 7567/CHENP/2013 | | | |
| 08241-479 | VAC3700 | AT | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | BE | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | DE | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | DK | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | ES | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | FI | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | FR | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | UK | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | GR | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | IE | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | IT | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | NL | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | NO | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | PT | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | SE | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-479 | VAC3700 | TR | 2011/05/11 | 12782641.0 | 2012/05/09 | 2707687 | 2018-03-28 |
| 08241-478 | VAC3700 | CN | 2011/05/11 | 201280022757.X | 2012/05/09 | ZL 201280022757.X | 2016-04-20 |

| TRANSFORM-DOMAIN CODEBOOK IN A CELP CODER AND DECODER | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-493 | VAC3700 | HK | 2011/05/11 | 14104605.3 | 2012/05/09 | HK1191395B | 2017-01-27 |
| 08241-481 | VAC3700 | JP | 2011/05/11 | 2014-509572 | 2012/05/09 | 6173304 | 2017-07-14 |
| 08241-364 | VAC3700 | PCT | 2011/05/11 | PCT/CA2012/000441 | 2012/05/09 | | |

| IMPROVING NON-SPEECH CONTENT FOR LOW RATE CELP DECODER | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-383 | VAC 3800 | US | 2011/11/03 | 13/667,921 | 2012/11/02 | 9,252,728 | 2016-02-02 |
| 08241-494 | VAC 3800 | CA | 2011/11/03 | 2,851,370 | 2012/11/01 | | |
| 08241-497 | VAC 3800 | IN | 2011/11/03 | 3022/DELNP/2014 | 2012/11/01 | | |
| 08241-499 | VAC 3800 | KR | 2011/11/03 | 10-2014-7013465 | 2012/11/01 | | |
| 08241-498 | VAC 3800 | JP | 2011/11/03 | 2014-539195 | 2012/11/01 | 6,239,521 | 2017-11-10 |
| 08241-591 | VAC 3800 | JP Div. | 2011/11/03 | 2017-211617 | 2012/11/01 | | |
| 08241-592 | VAC 3800 | JP Div. 2 | 2011/11/03 | 2017-211618 | 2012/11/02 | | |
| 08241-496 | VAC 3800 | EP | 2011/11/03 | 12844916.2 | 2012/11/01 | | |
| 08241-495 | VAC 3800 | CN | 2011/11/03 | 201280065936.1 | 2012/11/01 | ZL201280065936.1 | 2017-03-01 |
| 08241-562 | VAC 3800 | CN Div. 1 | 2011/11/03 | 201710019918.4 | 2012/11/01 | | |
| 08241-563 | VAC 3800 | CN Div. 2 | 2011/11/03 | 201710020311.8 | 2012/11/01 | | |
| 08241-505 | VAC 3800 | HK | 2011/11/03 | 14111781.4 | 2012/11/01 | 1198265B | 2018-01-12 |
| 08241-368 | VAC 3800 | WIPO | | PCT/CA2012/001011 | 2012/11/01 | | |

| DEVICE AND METHOD FOR REDUCING QUANTIZATION NOISE IN A TIME-DOMAIN DECODER | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-492 | VAC 3900 | US | 2013/03/04 | 14/196,585 | 2014/03/04 | 9,384,755 | 2016-07-05 |
| 08241-536 | VAC 3900 | US Div. | 2013/03/04 | 15/187,464 | 2016/06/20 | 9,870,781 | 2018-01-16 |
| 08241-521 | VAC 3900 | CA | 2013/03/04 | 2,898,095 | 2014/01/09 | | |
| 08241-528 | VAC 3900 | MX | 2013/03/04 | 15/10295 | 2014/01/09 | 345 | 2017-01-26 |
| 08241-523 | VAC 3900 | EP | 2013/03/04 | 14760909.3 | 2014/01/09 | | |
| 08241-531 | VAC 3900 | RU | 2013/03/04 | 2015142108 | 2014/01/09 | 2,638,744 | 2017-12-15 |
| 08241-522 | VAC 3900 | CN | 2013/03/04 | 201480010636.2 | 2014/01/09 | | |
| 08241-534 | VAC 3900 | HK | 2014/01/09 | 15112670.5 | 2014/01/09 | | |
| 08241-524 | VAC 3900 | ID | 2013/03/04 | P00201504614 | 2014/01/09 | | |
| 08241-525 | VAC 3900 | IN | 2013/03/04 | 6455/DELNP/2015 | 2014/01/09 | | |
| 08241-526 | VAC 3900 | JP | 2013/03/04 | 2015-560497 | 2014/01/09 | | |
| 08241-527 | VAC 3900 | KR | 2013/03/04 | 10-2015-7021711 | 2014/01/09 | | |
| 08241-530 | VAC 3900 | PH | 2013/03/04 | 1-2015-501575 | 2014/01/09 | | |
| 08241-520 | VAC 3900 | AU | 2013/03/04 | 2014225223 | 2014/01/09 | | |
| 08241-529 | VAC 3900 | NZ | 2013/03/04 | 710060 | 2014/01/09 | 710,060 | 2017-03-24 |
| 08241-482 | VAC 3900 | WIPO | 2013/03/04 | PCT/CA2014/000014 | 2014/01/09 | | |

| **METHODS, ENCODER AND DECODER FOR LINEAR PREDICTIVE ENCODING AND DECODING OF SOUND SIGNALS UPON TRANSITION BETWEEN FRAMES HAVING DIFFERENT SAMPLING RATES** | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCF REF# | VA REF# | Country | Prior Date | Appl # | Filing Date | Patent # | Issue Date |
| 08241-516 | VAC 4000 | US | 2014/04/17 | 14/677,672 | 2015/04/02 | 9,852,741 | 2017-12-26 |
| 08241-593 | VAC 4000 | US Div | 2014/04/17 | 15,814,083 | 2015/04/02 | | |
| 08241-594 | VAC 4000 | US Div | 2014/04/17 | 15,815,304 | 2015/04/02 | | |
| 08241-546 | VAC 4000 | EP | 2014/04/17 | 14889618.6 | 2014/07/25 | | |
| 08241-544 | VAC 4000 | CA | 2014/04/17 | 2,940,657 | 2014/07/25 | | |
| 08241-548 | VAC 4000 | IN | 2014/04/17 | 201647029718 | 2014/07/25 | | |
| 08241-552 | VAC 4000 | MY | 2014/04/17 | PI 2016703171 | 2014/07/25 | | |
| 08241-554 | VAC 4000 | ZA | 2014/04/17 | 2016/06016 | 2014/07/25 | | |
| 08241-550 | VAC 4000 | KR | 2014/04/17 | 10-2016-7026105 | 2014/07/25 | | |
| 08241-542 | VAC 4000 | AU | 2014/04/17 | 2014391078 | 2014/07/25 | | |
| 08241-551 | VAC 4000 | MX | 2014/04/17 | 16/12950 | 2014/07/25 | | |
| 08241-545 | VAC 4000 | CN | 2014/04/17 | 201480077951.7 | 2014/07/25 | | |
| 08241-547 | VAC 4000 | HK | 2014/04/17 | 17100822.5 | 2014/07/25 | | |
| 08241-543 | VAC 4000 | BR | 2014/04/17 | BR112016022466-3 | 2014/07/25 | | |
| 08241-549 | VAC 4000 | JP | 2014/04/17 | 2016-562841 | 2014/07/25 | | |
| 08241-553 | VAC 4000 | RU | 2014/04/17 | 2016144150 | 2014/07/25 | | |
| 08241-503 | VAC 4000 | PCT | 2014/04/17 | PCT/CA2014/050706 | 2014/07/25 | | |

(b) all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and/or (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c) all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisionals, registrations of any item in any of the foregoing categories (a) and (b);

(d) all foreign patents, foreign patent applications, and foreign counterparts relating to any item in any of the foregoing categories (a) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e) all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any item in any of the foregoing categories (a) through (d), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(f) causes of action (whether known or unknown or whether currently pending, filed, or otherwise) on account of any of the Patents and/or any item in any of the foregoing categories (b) through (e), including, without limitation, all causes of action and other enforcement rights for

    (1) damages,
    (2) injunctive relief, and
    (3) any other remedies of any kind

for past, current, and future infringement; and

(g) all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (b) through (f).

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction in which any Patent Rights exist to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee, do all things necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

[**Remainder of Page Intentionally Blank.**]

IN WITNESS WHEREOF this Assignment of Patent Rights is executed as of _December 5th, 2018_.

**ASSIGNOR:**

**VOICEAGE CORPORATION**

By: _/s/ Sylvain Desjardins_
Name: Sylvain Desjardins
Title: Co-President
(Signature MUST be attested)

**ATTESTATION OF SIGNATURE PURSUANT TO 28 U.S.C. § 1746**

The undersigned witnessed the signature of _Sylvain Desjardins_ to the above Assignment of Patent Rights on behalf of _Voiceage Corporation_ and makes the following statements:

1. I am over the age of 18 and competent to testify as to the facts in this Attestation block if called upon to do so.
2. _Sylvain Desjardins_ is personally known to me (or proved to me on the basis of satisfactory evidence) and appeared before me on _December 5th_, 2018 to execute the above Assignment of Patent Rights on behalf of _Voiceage Corporation_.
3. _Sylvain Desjardins_ subscribed to the above Assignment of Patent Rights on behalf of _Voiceage Corporation_.

I declare under penalty of perjury under the laws of the United States of America that the statements made in the three (3) numbered paragraphs immediately above are true and correct.

EXECUTED on _December 5th, 2018_ (date)

Print Name: _Jean-Nicolas Rodrigue_

*[Signature Page to Assignment of Patent Rights]*

CONFIDENTIAL