# Exhibit 17



# Enhanced Voice Services (EVS): Market Update

A special report based on GSA's continuous LTE and 5G research programme

May 2019

©Copyright 2019 Global mobile Suppliers Association

## Introduction

Enhanced Voice Service (EVS) technology is continuing to be steadily introduced by operators and vendors, with a small ecosystem of device suppliers now also supporting the technology. The number of telecoms operators known by GSA to be investing in the technology has increased to 25 since our last report in September 2018, with EVS deployments in Africa, Asia, Europe, and the USA. The growing interest in EVS in the operator world has been reciprocated by device launches by the vendors. We have managed to identify 169 EVS-enabled devices in the market, all of them phones. This is a rise compared to the 153 devices included in our September 2018 report. Enhanced voice services are often being marketed around the world using the terms 'HD Voice Plus' or 'Ultra HD Voice'.

*25 operators investing in EVS around the world, of which at least 21 offer commercial services*

As of May 2019:

- **25** operators are known to have been investing in EVS demonstrations, planned launches or launches.
- At least **21** and possibly **23** of those operators have introduced EVS services in their mobile networks.
- **169** EVS enabled mobile handsets are currently available in the market, from a set of **16** vendors.

*Figure 1: Countries with live networks supporting EVS*

![Figure 1: World map showing countries with live networks supporting EVS. Launched (blue), Launched (to be confirmed) (red), No identified launch (grey).]

---

GSA Report | May 2019 | Enhanced Voice Services (EVS): Market Update



©Copyright 2019 Global mobile Suppliers Association

2

## EVS (Enhanced Voice Services) codec overview

The EVS codec was developed within 3GPP as part of Release 12 and offers HiFi call quality for speech and audio alike. EVS is the first 3GPP conversational codec offering up to 20 kHz audio bandwidth, delivering speech quality that matches other audio input such as stored music. In addition, EVS increases call reliability and network efficiency due to its high robustness against packet loss.

## Operators investing in EVS around the world

At present, GSA is aware of 25 telecom operators in the world that are or have been investing in EVS. At least 21 and possibly 23 of them already offer commercial services to their customers. Since the last report in September 2018 GSA has identified six launches including A1 (Austria), Orange (Romania), Play (Poland), Sprint (USA), Vodacom (South Africa) and Vodafone (India). Two of those launches are subject to confirmation (Vodafone India and Sprint USA).

*Table 1: EVS deployment status (mauve text = addition or change of status since September 2018 report)*

| Country | Operator | EVS status | EVS details |
| --- | --- | --- | --- |
| Austria | A1 | Launched | A1 launched EVS services in October 2017 |
| China | China Mobile | Demonstration | China Mobile demoed EVS at the GSMA 2017 Mobile World Congress in Shanghai in June 2017. |
| Germany | Vodafone | Launched | Vodafone claimed to be the first operator in Europe to deploy EVS in the third quarter of 2016. |
| Germany | Deutsche Telekom | Launched | T-Mobile launched its HD Voice Plus services based on the Enhanced Voice Services (EVS) codec in Dec. 2017. |
| Germany | Telefonica (O2) | Launched | Telefonica launched EVS in August 2018. |
| India | Vodafone | Launched* | Vodafone launched Super VoLTE in February 2018. *GSA understands this is based on EVS, offering ultra-HD call quality, although this has not been confirmed by the operator. |

| Country | Operator | EVS status | EVS details |
|---|---|---|---|
| Japan | NTT DoCoMo | Launched | NTT DoCoMo introduced EVS into its LTE voice network in May 2016. |
| Japan | Softbank/Ymobile Corp | Launched | Softbank launched EVS in March 2019. |
| Netherlands | Vodafone Ziggo | Launched | Vodafone activated EVS codec on its LTE network in 2017. |
| Norway | Telenor | Testing | Telenor has been conducting EVS lab tests. Commercial launch is expected in 2019. |
| Poland | Play (P4) | Launched | Play is understood to have introduced EVS to its network in January 2019. |
| Poland | T-Mobile Polska S.A | Launched | T-Mobile Poland launched EVS in September 2017. The service is marketed as HD Voice +. |
| Romania | Orange | Launched | Orange launched EVS as HD Voice Plus in January 2019. |
| Singapore | StarHub | Launched | StarHub offers EVS under the HD Voice+ brand. |
| South Africa | Vodacom | Launched | Launched its Super HD Voice EVS service in October 2018. |
| Sweden | TeliaSonera | Launched | TeliaSonera launched EVS in 2017. At present, it is available on seven phones offered by the operator. |
| Sweden | Telenor Sweden | Launched | Telenor started offering HD Voice Plus in June 2018. |
| Switzerland | Swisscom | Launched | Swisscom began offering EVS to its customers in 2017. |
| Switzerland | Sunrise Communications | Launched | Sunrise Communications offers EVS to its customers. |
| Taiwan | Chunghwa Telecom | Launched | Chunghwa offers EVS and EVS compatible phones to its customers. |
| Turkey | Turkcell | Launched | Turkcell has confirmed to GSA that is offers EVS services. |
| UK | EE | Launched | EE launched EVS in September 2017. |



| Country | Operator | EVS status | EVS details |
|---|---|---|---|
| USA | Sprint | Launched* | *Understood to be launched. Sprint stated in October 2018 that its VoLTE service would be EVS-enabled. VoLTE services were introduced in selected locations in Q4 2018. |
| USA | T-Mobile | Launched | T-Mobile US launched EVS technology in 2016. |
| USA | Verizon Wireless | Launched | Verizon has EVS in its network and it is available to certain devices. |

### EVS devices

*169 EVS-enabled devices – all phones – offered by 16 vendors*

The increased global demand for ultra-high definition voice services has stimulated vendors' interest in EVS. Eleven major telecommunication equipment manufacturers already have at least one commercially available EVS device. Samsung has established itself as an EVS market leader with 68 models (including regional variants) compatible with the technology. Alcatel, Apple, Google, HTC, Huawei, LG, Motorola, Nokia, Panasonic, Realme, Sharp, Sony, Xiaomi and ZTE have also enabled some of their latest smartphones to support EVS.

*Table 2: EVS supported devices by vendor Source: GSA*

| Vendor | Device |
|---|---|
| Alcatel | A20 Fierce |
| Apple | iPhone 8 A1863 (Qualcomm) |
| Apple | iPhone 8 Plus A1864 (Qualcomm) |
| Apple | iPhone 8 A1905 (Intel) |
| Apple | iPhone 8 Plus A1897 (Intel) |
| Apple | iPhone 8 A1906 (Qualcomm) (Japan) |
| Apple | iPhone 8 Plus A1898 (Qualcomm) (Japan) |
| Blackberry | Key2 |
| HMD | Nokia 8 |
| HTC | U11 U-3w with IP67 5.5 inch for China |
| HTC | U11 601HT with IP67 5.5 inch for Japan |
| HTC | U11 with IP67 5.5 inch for Sprint |
| HTC | U11 WiMAX 2+ HTV33 with IP67 5.5 inch for KDDI |
| HTC | U11 with IP67 U-3f 5.5 inch for AT&T, TMO |
| HTC | U11 with IP67 U-3u 5.5 inch for Europe Asia ME |
| HTC | U11 with IP67 5.5 inch for Verizon |
| HTC | Google Pixel 2 |
| HTC | U11 Life |



| Vendor | Device |
|---|---|
| HTC | U11 Plus |
| Huawei | P10 Standard Edition VTR-L09 5.1 inch |
| Huawei | P10 Premium Edition VTR-AL00 5.1 inch |
| Huawei | P10 Plus Standard Edition VKY-L29 5.5 inch |
| Huawei | P10 Plus Premium Edition VKY-AL00 5.5 inch |
| Huawei | Mate 10 Pro BLA-L09 |
| Huawei | Mate 10 Pro BLA-L29 |
| Huawei | Mate 20 Pro |
| Huawei | P10 VTR-TL00 |
| Huawei | P10 VTR-L29 |
| Huawei | P10 Plus VKY-L09 |
| Huawei | P20 |
| LG | Aristo |
| LG | Aristo 2 |
| LG | G5 VS987 |
| LG | G5 H831 |
| LG | G5 H860 |
| LG | G5 H860N |
| LG | G5 H820 |
| LG | G5 H868 |
| LG | G5 H850 |
| LG | G5 F700L |
| LG | G5 F700S |
| LG | G5 AS992 |
| LG | G5 Speed H858 |
| LG | G5 H830 for T-Mobile US |
| LG | G5 LS992 Titan for Sprint |
| LG | LG G5 VS987 for Verizon |
| LG | LG G5 US992 for US Cellular |
| LG | G6 US997 5.7 inch |
| LG | G6 H871/H872/H872PR/H873 5.7 inch |
| LG | G6 G600S 5.7 inch |
| LG | G6 LS993/AS993 5.7 inch |
| LG | G6 VS998/VS998B/VS998G/VS998P/VS998T/VS998W |
| LG | G6 G600K 5.7 inch |
| LG | G6 G600L 5.7 inch |
| LG | G6 H870 5.7 inch |
| LG | G5 F700K 5.3 inch |
| LG | G6 LH870K 5.7 inch |
| LG | G7 |
| LG | H870S G6 5.7 inch |
| LG | H870DS G6 5.7 inch |
| LG | Google Pixel 2 XL |
| LG | K20 Plus |
| LG | Stylo 3 Plus |

GSA Report | May 2019 | Enhanced Voice Services (EVS): Market Update



©Copyright 2019 Global mobile Suppliers Association

6

| Vendor | Device |
|---|---|
| LG | V20 |
| LG | V30 |
| Motorola | Z2 Force Edition |
| OnePlus | OnePlus 6 |
| Realme | Realme 3 Pro |
| Panasonic | P85 |
| Samsung | SGH-N516 Galaxy S6 Edge TD-LTE SC-04G (Samsung Zero) |
| Samsung | SM-G9208 Galaxy S6 TD-LTE |
| Samsung | SM-G9209 Galaxy S6 for China Telecom |
| Samsung | SM-G920D/SGH-N520 Galaxy S6 TD-LTE SC-05G |
| Samsung | SM-G920I Galaxy S6 LTE-A |
| Samsung | SM-G920W8 Galaxy S6 LTE-A |
| Samsung | SM-G920X Galaxy S6 LTE-A |
| Samsung | SM-G9250 Galaxy S6 Edge |
| Samsung | SM-G925I Galaxy S6 Edge LTE-A |
| Samsung | SM-G925J/SCH-J510 Galaxy S6 TD-LTE SCV31 |
| Samsung | SM-G925P Galaxy S6 Edge TD-LTE |
| Samsung | SM-G925R4 Galaxy S6 Edge LTE-A |
| Samsung | SM-G925W8 Galaxy S6 Edge LTE-A |
| Samsung | SM-G925Z/SGH-V504 Galaxy S6 Edge TD-LTE 404SC |
| Samsung | Galaxy S6 Edge SCV31 for KDDI |
| Samsung | SM-G935J Galaxy S7 Edge WiMAX 2+ SCV33 |
| Samsung | SM-G935D/SGH-N611 Galaxy S7 Edge SC-02H |
| Samsung | SM-G935V Galaxy S7 Edge XLTE |
| Samsung | SM-G935T Galaxy S7 Edge (T Mobile US) |
| Samsung | SM-G935A Galaxy S7 Edge |
| Samsung | SM-G935R4 Galaxy S7 Edge |
| Samsung | SM-G935FD Galaxy S7 Edge |
| Samsung | SM-G9350 Galaxy S7 Edge |
| Samsung | SM-G935P Galaxy S7 Edge |
| Samsung | SM-G935F Galaxy S7 Edge |
| Samsung | SM-G935K Galaxy S7 Edge |
| Samsung | SM-G935S Galaxy S7 Edge |
| Samsung | SM-G9308 Galaxy S7 |
| Samsung | SM-G930AZ Galaxy S7 |
| Samsung | SM-G930R4 Galaxy S7 |
| Samsung | SM-G930FD Galaxy S7 |
| Samsung | SM-G9300 Galaxy S7 |
| Samsung | SM-G930P Galaxy S7 |
| Samsung | SM-G930F Galaxy S7 |
| Samsung | SM-G930A Galaxy S7 |
| Samsung | SM-G930T Galaxy S7 (T Mobile US) |
| Samsung | SM-G930V Galaxy S7 XLTE |
| Samsung | SM-G930S Galaxy S7 |
| Samsung | SM-G935U Galaxy S7 Edge |

GSA Report | May 2019 | Enhanced Voice Services (EVS): Market Update



©Copyright 2019 Global mobile Suppliers Association

| Vendor | Device |
|---|---|
| Samsung | SM-G950F Galaxy S8 5.8 inch |
| Samsung | SM-G955F Galaxy S8 Plus 6.2 inch |
| Samsung | SM-G955S Galaxy S8 Plus 6.2 inch |
| Samsung | SM-G950P Galaxy S8 5.8 inch |
| Samsung | SM-G955T Galaxy S8 Plus 6.2 inch |
| Samsung | SM-G950U Galaxy S8 SM-G950U1/SM-G950W 5.8 inch |
| Samsung | SM-G950T Galaxy S8 5.8 inch |
| Samsung | SM-G955V Galaxy S8 Plus 6.2 inch |
| Samsung | SM-G950V Galaxy S8 5.8 inch |
| Samsung | SM-G955A Galaxy S8 Plus 6.2 inch |
| Samsung | SM-G955U Galaxy S8 Plus SM-G955U1 SM-G955W 6.2inch |
| Samsung | SM-G950A Galaxy S8 5.8 inch |
| Samsung | NTT DoCoMo SC-02J SM-G950D Galaxy S8 5.8 inch |
| Samsung | NTT DoCoMo SC-03J SM-G955D Galaxy S8 Plus 6.2 inch |
| Samsung | Galaxy S8 Duos SM-G950FD 5.8 inch |
| Samsung | Galaxy S8 Duos SM-G9500 5.8 inch |
| Samsung | Galaxy S8 Plus Duos SM-G955FD 6.2 inch |
| Samsung | SM-G9550 Galaxy S8 Plus Duos 6.2 inch |
| Samsung | SM-G950N Galaxy S8 5.8 inch South Korea |
| Samsung | SM-G950J Galaxy S8 WiMAX 2+ SCV36 5.8 inch |
| Samsung | SM-G955J Galaxy S8 Plus WiMAX 2+ SCV35 6.2 inch |
| Samsung | SM-G955N Galaxy S8 Plus 6.2 inch |
| Samsung | SM-G9508 Galaxy S8 Duos 5.8 inch |
| Samsung | SM-G9558 Galaxy S8 Plus 6.2 inch |
| Samsung | Galaxy Note 8 |
| Samsung | Galaxy Note 9 |
| Samsung | Galaxy S9 |
| Samsung | Galaxy S9 Plus |
| Samsung | Galaxy Note 9 |
| Sharp | Aquos Zeta DoCoMo SH-09D |
| Sharp | Aquos Zeta NTT DoCoMo SH-01G |
| Sharp | AQUOS ZETA SH-01H |
| Sharp | Aquos R SoftBank |
| Sony Mobile | Xperia X Performance F8131 |
| Sony Mobile | Xperia X Performance F8132 |
| Sony Mobile | Xperia XZ F8332 |
| Sony Mobile | Xperia XZ F8331 |
| Sony Mobile | Xperia X Performance 502SO |
| Sony Mobile | Xperia X Performance SO-04H |
| Sony Mobile | Xperia XZ SO-01J for NTT DoCoMo |
| Sony Mobile | Xperia XZ 601SO |
| Sony Mobile | Xperia XA1 G3116 5 inch |
| Sony Mobile | Xperia XA1 G3112 5 inch |
| Sony Mobile | Xperia XA1 G3123 5 inch |
| Sony Mobile | Xperia XZ Premium G8141 5.5 inch |

GSA Report | May 2019 | Enhanced Voice Services (EVS): Market Update



©Copyright 2019 Global mobile Suppliers Association

8

| Vendor | Device |
|---|---|
| Sony Mobile | Xperia XZ Premium G8142 5.5 inch |
| Sony Mobile | Xperia X Performance WiMAX 2+ SOV33 5 inch |
| Sony Mobile | NTT DoCoMo SO-04J Xperia XZ Premium 5.5 inch |
| Sony Mobile | Xperia XA1 G3121 5 inch |
| Sony Mobile | Xperia XZ1 |
| Sony Mobile | Xperia XZ1 Compact |
| Sony Mobile | Xperia XZ2 |
| Sony Mobile | Xperia XZ2 Compact |
| Sony Mobile | Xperia XZ3 |
| T-Mobile | REVVL |
| T-Mobile | REVVL Plus |
| Xiaomi | Hongmi Note 4/Redmi Note 4 2016050 |
| Xiaomi | Hongmi Note 4 Premium Edition/Redmi Note 4 2016050 |
| Xiaomi | Hongmi Note 4 Standard Edition/Redmi Note 4 |
| Xiaomi | Hongmi Note 4/Redmi Note 4 Exclusive 2016050 CN |
| ZTE | Blade Z Max |

## Summary

Although it is a long way from becoming a ubiquitous technology, the last 12 months have finally seen EVS adoption start to grow. We expect more network operators to introduce services in the coming months and to see more new smartphones supporting the codec.

©Copyright 2019 Global mobile Suppliers Association

## About GSA

GSA reports are compiled from data stored in the GSA Analyser for Mobile Broadband Devices/Data (GAMBoD) database, which is a GSA Member and Associate benefit. For more information on accessing the GSA GAMBoD database please contact GSA at info@gsacom.com

GSA (the Global mobile Suppliers Association) is a not-for-profit industry organisation representing companies across the worldwide mobile ecosystem engaged in the supply of infrastructure, semiconductors, test equipment, devices, applications and mobile support services.

GSA actively promotes the 3GPP technology road-map – 3G, 4G, 5G – and is a single source of information resource for industry reports and market intelligence. GSA Members drive the GSA agenda and define the communications and development strategy for the Association.

Membership of GSA is open to any supplier of products; systems or services related to the mobile industry and brings many benefits including access to the GAMBoD and NTS database. The range of benefits includes enhanced discussion, networking and influencing opportunities on the key industry topics, and unique promotional/visibility opportunities for your company name, capabilities, positioning and messages. More details can be found at https://gsacom.com/gsa-membership/

News/updates: RSS Feed: https://gsacom.com/rss-feeds/

GSA LinkedIn group: www.linkedin.com/groups?gid=2313721

Twitter: www.twitter.com/gsacom

Facebook: www.facebook.com/pages/Global-mobile-Suppliers-Association-GSA/123462771012551

## Contact

GSA Secretariat

Email: research@gsacom.com

Tel: +44 330 113 1572

GSA website: https://gsacom.com

NOTE: Errors and omissions excepted

