# Exhibit 18



# User Guide

This version is for private use only and should not be distributed.

# CONTENTS

1-Basic ....................................................................................................................... 4

  1-Basic Features ................................................................................................... 4

    Turning phone on and off ................................................................................. 4

    SIM cards ............................................................................................................ 4

    Charging ............................................................................................................. 4

  2-Telecommunications ......................................................................................... 5

    1-Phone ............................................................................................................. 5

      Making calls ...................................................................................................... 5

      Incoming calls ................................................................................................... 5

      In-call features .................................................................................................. 6

      Caller ID ............................................................................................................. 6

      Call settings ....................................................................................................... 7

    2-Messaging ...................................................................................................... 7

      Sending and replying to messages ................................................................... 7

      Search ................................................................................................................ 8

      Settings .............................................................................................................. 8

    3-Contacts ......................................................................................................... 9

2-Pictures ............................................................................................................... 10

  1-Pictures ............................................................................................................. 10

    1-Camera ............................................................................................................ 10

      How to quickly open Camera ............................................................................ 10

      Camera modes .................................................................................................. 10

      Tilt-shift ............................................................................................................. 11

      Timer ................................................................................................................. 11

      Keeping photos straight while shooting ........................................................... 11

      Group selfies ..................................................................................................... 12

      Beautify ............................................................................................................. 12

      Zoom ................................................................................................................. 12

      Time stamps and watermarks .......................................................................... 14

      HDR .................................................................................................................... 14

    2-Gallery ............................................................................................................. 15

      Editor ................................................................................................................. 15

      Free up storage space ....................................................................................... 15

      Collage ............................................................................................................... 15

      Favorites ............................................................................................................ 16

      Hidden album .................................................................................................... 16

      Baby album ........................................................................................................ 16

      Automatic backups ........................................................................................... 16

3-Home ................................................................................................................... 17

  1-Home ................................................................................................................ 17

    1-Lock Screen ..................................................................................................... 17

This version is for private use only and should not be distributed.

Basic features ................................................................................................................. 17

Additional features .......................................................................................................... 17

Wallpaper Carousel ......................................................................................................... 17

2-Home Screen ..................................................................................................................... 18

Basic features ................................................................................................................. 18

Editing mode .................................................................................................................. 18

3-Notifications Status Bar ................................................................................................... 19

Basic features ................................................................................................................. 19

App notifications ............................................................................................................. 19

Notifications folder ......................................................................................................... 20

Other features ................................................................................................................ 20

4-Global App vault ............................................................................................................... 20

5-Split screen ...................................................................................................................... 21

6-Quick ball ........................................................................................................................ 21

4-Tools ...................................................................................................................................... 23

1-Content Services .................................................................................................................. 23

Browser ............................................................................................................................... 23

Mi Apps ............................................................................................................................... 24

Mi Music .............................................................................................................................. 32

Themes ................................................................................................................................ 33

2-File Manager ........................................................................................................................ 38

File Manager ......................................................................................................................... 38

Local backups ....................................................................................................................... 39

3-Other ................................................................................................................................... 39

Feedback .............................................................................................................................. 39

4-Tools .................................................................................................................................... 40

Calendar .............................................................................................................................. 40

Clock .................................................................................................................................... 40

Weather ............................................................................................................................... 41

Security ................................................................................................................................ 42

Cleaner ........................................................................................................................... 42

Basic scan ....................................................................................................................... 42

Security scan ................................................................................................................... 43

Manage apps ................................................................................................................... 43

Permissions ..................................................................................................................... 44

Game speed booster ....................................................................................................... 45

Deep clean ...................................................................................................................... 45

Battery usage .................................................................................................................. 46

Test network ................................................................................................................... 46

Blocklist .......................................................................................................................... 46

App lock .......................................................................................................................... 47

Dual apps ........................................................................................................................ 49

Notes ................................................................................................................................... 49

Recorder .............................................................................................................................. 50

This version is for private use only and should not be distributed.

Screen Recorder ...................................................................................................................... 51
Calculator .................................................................................................................................. 51
Compass ..................................................................................................................................... 52
Mi Mover .................................................................................................................................... 52
Scanner ...................................................................................................................................... 52

This version is for private use only and should not be distributed.

# 1-Basic

## 1-Basic Features

### Turning phone on and off

1. Turning on

   Press and hold the Power button to turn your phone on.

2. Turning off

   Press and hold the Power button until the menu appears. Tap "Power off".
   If your device doesn't respond, press and hold the Power button for 15 seconds to force reboot.

3. Rebooting

   Press and hold the Power button until the menu appears. Tap "Reboot".

### SIM cards

1. Inserting SIM, USIM, and UIM cards

   Use the provided SIM tray extraction tool to take the SIM tray out of the side of your phone. Place your SIM card inside the tray and insert it into your device.

2. Removing SIM, USIM, and UIM cards

   Use the provided SIM tray extraction tool to take the SIM tray out of the side of your phone. Remove your SIM card from the tray and insert the tray back into your device.

3. SIM, USIM, and UIM card settings

   You can only use the services of one mobile carrier on a single SIM device. Dual SIM phones provide more options depending on the number of SIM cards installed.
   On a dual SIM device, you can set default SIM cards for making calls and using mobile data in Settings > SIM cards & mobile networks.
   You can edit SIM card names which are displayed on the dial pad. To do this, go to Settings > SIM cards & mobile networks and tap your SIM card.
   Options for changing preferred network types are available in Settings > SIM cards & mobile networks > Preferred network type.

### Charging

When your phone's battery is running low, connect the USB cable to the phone and plug it into the adapter connected to a power outlet. Disconnect the charger when your phone is fully charged.
Use only authorized USB cables and power adapters. Using unauthorized devices to charge your phone may severely damage the battery and lead to explosions.

This version is for private use only and should not be distributed.

# 2-Telecommunications

## 1-Phone

### Making calls

There are multiple ways to make calls in MIUI.

1. Using dial pad
   Enter a phone number on the dial pad and tap the green button to dial. If you tap the green button directly, the last number you dialed will appear. Tap the button again to make a call.

2. Press and hold a phone number
   Press and hold a phone number to make the dialing button appear. Tap the button to make a call.

3. Call numbers from call history
   Tap any number in your call history to return a call.

4. Quick dial
   Press and hold a digit on the dial pad to assign a phone number to it.

### Incoming calls

You might be notified about incoming calls either by a full-screen dialog or a floating notification.

1. Answering calls
   Slide the green button in the full-screen dialog to answer a call, or simply tap the button if you see a floating notification.

2. Rejecting calls
   Slide the red button in the full-screen dialog to reject a call, or simply tap the button if you see a floating notification.

3. Reply with SMS
   Slide the SMS button in the full-screen dialog to reply with a text message. You can choose one of the quick replies or write a custom message.

4. Silencing the ringtone
   Press any physical button on your phone to silence the ringtone.

5. Flip to silence ringer
   When your phone is on a horizontal surface with the screen facing up, flip it over to silence ringer. You can turn this feature on in Call settings > Incoming call settings.

This version is for private use only and should not be distributed.

6. Quiet ringer when lifted

Reduce ringer volume for incoming calls when the phone is raised. You can turn this feature on in Call settings > Incoming call settings.

7. Increasing ringtone volume

Ringtone volume can gradually grow to the level you set. You can turn this feature on in Call settings > Incoming call settings.

8. Flash when ringing

You can make flash notify you about incoming calls. This feature is available in Call settings > Incoming call settings.

## In-call features

There are multiple options available to you during calls.
· Recorder: You can record calls and save audio to Recorder.
· Notes: Make notes which will be saved to the Notes app after the call is ended.

## Caller ID

Caller ID allows you to identify the phone numbers which aren't saved to your contacts. The data comes from two sources: Yellow pages database and user reports.

1. Phone numbers from Yellow pages

Yellow pages contain phone numbers of companies and services. They are provided by our partners or businesses themselves. The info you'll see will include company/service names and logos. Phone numbers from Yellow pages will always be identified if you receive calls from them.

2. Marked phone numbers

MIUI users can mark unknown numbers as fraud, telemarketing, taxi companies, etc., and report this info to MIUI. If a substantial number of users provide consistent feedback for a single number, you'll see this phone number along with a comment when you receive a call.

· Marking a phone number

In some cases an automatic dialog suggesting you to report the phone number will appear after a call is ended. You can also report phone numbers proactively on the "Details" page of a number.

· Correcting reported phone numbers

If you find that a incorrect info is attributed to a phone number, you can correct it on the phone number's "Details" page.

This version is for private use only and should not be distributed.

## Call settings

The settings include options for calls, mobile networks, and SIM cards. Tap the Menu button on the dial pad to open settings.

1. Call recording

   You can record all your calls automatically.

   You can record calls from all numbers, or limit the recordings to custom numbers, unknown numbers, and/or numbers from the directory.

2. Identify unknown numbers

   Use this feature to make MIUI check whether unknown numbers are marked as companies or services. Press and hold a phone number to make a call.

3. Location & country codes

   This feature makes MIUI display the location of the phone numbers from which incoming calls are made. Options for setting a default country code and adding country codes automatically are also available.

4. Advanced settings

   You can find dial pad touch tone settings and other personalization options here.

## 2-Messaging

### Sending and replying to messages

1. Sending a message

   Open the messaging app and tap the plus to create a blank message. You can select the receiver from your contacts or add the phone number manually. Enter your message and tap "Send".

2. Replying to a message

   Tap a message you received and enter your reply in the field below. Tap "Send" after you're done.

3. Attachments and timed messages

   Tap the plus button while you're composing a message to attach a contact, image, item from favorites, audio, video, or slideshow.

   Swipe right to see the list of quick replies.

   You can also find an option for sending timed messages among the attachment options.

4. Selecting a SIM card for outgoing messages

   If you have two SIM cards in your device, you'll be asked which SIM card to use before sending a message.

This version is for private use only and should not be distributed.

## Search

Use the search bar at the top of the start page do search for phone numbers from Yellow pages, messages, and conversations.

## Settings

1. Mi Message

   Send messages to other MIUI devices without incurring charges.

2. Display

   Smart Messaging

   Smart messaging allows MIUI to check the incoming messages for one-time passwords and create smart menus for messages from businesses.

   Notifications group

   Use this feature to group SMS notifications automatically.

   Show profile photos

   When this feature is on, MIUI will display profile photos for people and assign photos to businesses automatically.

   Assign contact photos

   Profile photos containing the person's initials will be assigned to contacts without profile photos.

   Show blocked SMS

   When this feature is on, blocked text messages will be shown in the conversations list.

3. Notifications

   Show messages on Lock screen

   Turn this feature on to show message previews on the Lock screen and in the Notification shade.

   Delivery status

   Use this feature to be notified when your messages are delivered.

   Delivery sound

   Play delivery sound when your messages are delivered.

4. Additional settings

   Deleted messages

   Viewing the deleted messages stored in Mi Cloud is available to all Mi Cloud members.

8

This version is for private use only and should not be distributed.

Sync messages from Mi Cloud
   Turn on Sync with Mi Cloud to back up your SMS messages. Options for dual SIM devices
   are also available.

Additional settings
   Settings for advanced users can be found at the bottom of the settings page.

## 3-Contacts

1. Adding contacts
   Open the Contacts app and tap the plus to add a contact.

2. Importing contacts
   Importing contacts from accounts
   Options for importing contacts from your accounts will appear when you open the app for
   the first time. They are also available in the settings.

This version is for private use only and should not be distributed.

# 2-Pictures

## 1-Pictures

### 1-Camera

#### How to quickly open Camera

1. Home screen shortcut

   Tap the Home screen shortcut to open Camera.



Swipe left on the Lock screen to open Camera

2. Lock screen

   Swipe left on the Lock screen to open Camera

3. Double press the Volume down button

   Toggle the switch in Settings > Lock screen & password to be able to launch Camera by pressing the Volume down button twice.

   (Note: You won't be able to see your Gallery items if you launched Camera on the Lock screen without verifying your password.)

#### Camera modes

1. Photo

   "Photo" is the default mode. You can swipe left and right to switch between different Camera modes. You'll find the button for switching between the front and rear camera on the start page as well.

2. Portrait

   Switch to Portrait mode and follow the on-screen instructions to make photos with blurred background.
   · Rear camera: Dual camera devices use both cameras to keep the subject sharp and blur the background.
   · Front camera: Get beautiful portrait shots using software. You can make portrait shots using the front camera by pressing the special button in the Photo mode on some devices.

This version is for private use only and should not be distributed.

3. Square

Switch to Square mode to compose your shots while you're making them if you aren't sure cropping will work.

4. Panorama

Your phone takes multiple photos in Panorama mode and then combines them into a seamless shot. Tap the shutter button to start, then follow instructions. Tap again or move your phone till the end of the viewfinder area to finish.

(Note: Moving your phone too fast may interrupt the process. Stable speed and fixed angles give best results.)

5. Manual

Use this mode to set white balance, focus, shutter speed, and ISO manually.

6. Video

Switch to Video mode to shoot videos. Tap the "More" button at the top of the screen to select time-lapse and slow motion options.

7. Short video

Use this mode to shoot videos up to 10 seconds long. A special set of filters will make shooting and editing your videos before sharing them on various social media platforms much more convenient.

## Tilt-shift

1. Taking tilt-shift photos

Tap the "More" button in Photo mode and select "Tilt-shift". Focused circle is available by default. Tap the button again to switch to horizontal lines.

2. Playing with the blur

You'll see a whitened area on your screen while you're shooting tilt-shift photos. This area will be blurred when you take a photo.

· Drag the focused area to move it around.

· Drag the whitened area to resize.

· Double tap the screen to make the focused and blurred areas switch places.

## Timer

Tap the "More" button in Photo mode and select "Timer" to make photos with a 3-second delay after you tap the shutter button. Tap the Timer button again to set it to 5 seconds. You'll see the countdown after you press the shutter button. Adjust shooting angle and composition during the countdown.

## Keeping photos straight while shooting

1. Straightening the viewfinder

Tap the "More" button in Photo mode and select "Straighten".

This version is for private use only and should not be distributed.

2. About this feature

    This feature allows you to always keep your shots leveled no matter how you tilt your phone. Only the image from inside the frame will be saved to your Gallery, margins will be cropped.



Only the image from inside the frame will be saved to your Gallery

## Group selfies

1. Turning this feature on

    Tap the "More" button in Photo mode and select "Group selfie".

    (Note:This feature isn't supported on some models. You can check if it's available on your device by tapping the "More" button in Photo mode.)

2. About this feature

    When this feature is on, multiple shots are made while you're taking a photo. Best facial expressions of every person are then combined into a single shot.

## Beautify

1. About this feature

    Beautify provides multiple options for evening out skin tones and enhancing facial features in real time.

2. Using different cameras

    Beautify is available both for the front and rear cameras.

## Zoom

    You can zoom in and out to achieve best effect.

    (Note: This feature is supported only for the rear camera.)

This version is for private use only and should not be distributed.

1. Gesture zoom

   Slide two fingers away from each other to zoom in, bring the fingers together to zoom out.

   (Note: These gestures will stop working once you've brought zoom to its highest or lowest values.)



Slide two fingers away from each other to zoom in

2. 2X zoom

   Tap the 2X shortcut to zoom in. Tap again to zoom out.

   (Note: This feature is only supported on dual camera devices.)



Tap the 1X shortcut for 2X zoom

3. Precise zoom values

   Press and hold the 2X shortcut to make the zoom scale appear.

   (Note: This feature is only supported on dual camera devices.)



Press and hold the 1X shortcut to make the zoom scale appear

13

This version is for private use only and should not be distributed.

## Time stamps and watermarks

You can add time stamps and dual camera watermarks on your photos by toggling the corresponding switches in the Camera settings. Dual camera watermarks vary for different phone models.

(Note: Dual camera watermarks aren't supported on some devices.)



Toggle the switch to add the dual camera watermark to your photos

The watermark will appear on the new photos after this feature is turned on

## HDR

HDR is short for high dynamic range. This feature makes multiple shots in order to underexpose bright areas and overexpose dark spots and combine them together so every item on your photo is clearly visible.

You'll see the HDR icon on your screen when this feature is on. Taking photos in HDR is slightly longer than taking regular photos.

(Note: Auto HDR isn't supported on some devices.)

This version is for private use only and should not be distributed.



Turn on HDR to get better photos when the dynamic range is high

## 2-Gallery

### Editor

See how you can change your photos and videos

1. Erase lines and objects
   Use this feature to remove visual clutter from your photos.
   This feature also helps you remove unnecessary lines by simply swiping over them.

2. Stickers
   Make your selfies cooler with lots of funny stickers!

3. Doodle
   You can make doodles or add different shapes to your photos.

4. Mosaic
   Add different mosaic patterns to your photos if you want to hide any objects.

### Free up storage space

Learn how to make your photos take less space

1. Optimize photos
   Sign in to your Mi Account and turn on sync with Mi Cloud. Keeping optimized photos on your device and storing original files in Mi Cloud will free up a lot of storage space.

2. Delete screenshots
   Very often you need screenshots just for a short period of time. Delete the unnecessary ones to save space for useful items.

### Collage

Select 1 - 4 photos to create a collage. Multiple styles and layouts are available.

This version is for private use only and should not be distributed.

## Favorites

Tap the heart icon while you're viewing a photo to add it to favorites. You'll be able to find favorites on the "Albums" tab.

## Hidden album

How to use your hidden album

Swipe down on the Albums tab. You'll be asked to add a password. After this, you'll see your hidden album where all the photos you hide will be saved.

## Baby album

How to use Baby album

Find a toddler on your photo and mark them as a baby. After this, you'll see your Baby album in the Albums tab.

You'll be able to share it with other family members.

## Automatic backups

How to sync Gallery with Mi Cloud

Turn on automatic backups in the Gallery settings to never lose important photos and videos. You'll be able to sign in to Mi Cloud with your Mi Account on other devices (e.g. compatible TVs and computers) to browse your photos.

This version is for private use only and should not be distributed.

# 3-Home

## 1-Home

### 1-Lock Screen

#### Basic features

1. How to change Lock screen wallpaper

   Go to Settings > Wallpaper, select an image, and tap "Apply".

2. How to set/change your screen lock

   Go to Settings > Lock screen & password > Set screen lock, select your preferred screen lock type, and follow instructions.
   Note: Remember your password. You won't be able to restore it in case you forget it. You'll have to perform a factory reset which will erase all data (including photos, contacts, and apps) on your device.

3. How to add fingerprints

   Go to Settings > Lock screen & password > Manage fingerprints, and select "Add fingerprint".

#### Additional features

1. Adjust the time when device goes to sleep

   You can set the time after which your device goes to sleep in Settings > Lock screen & password > Sleep. The default time is set to 1 minute. The longer this time is, the more power your device will consume.

2. Don't wake Lock screen for notifications

   You can choose not to wake your Lock screen for notifications. The corresponding switch can be found in Settings > Lock screen & password.

#### Wallpaper Carousel

1. How to turn on Wallpaper Carousel

   Open Settings > Lock screen & password > Wallpaper Carousel and toggle the switch. You'll get new wallpapers delivered to your Lock screen regularly.
   If the default theme is applied on your device, swipe right on the Lock screen, tap "Wallpaper Carousel", and follow instructions.

2. How to create a Home screen shortcut

   Wallpaper Carousel doesn't create a Home screen shortcut by default. To do that, swipe right on the Lock screen, select "Wallpaper Carousel", and tap the "More button" to see the options available to you.

This version is for private use only and should not be distributed.

3. How to use Wallpaper Carousel with themes
   Wallpaper Carousel only works with the default Lock screen type. If you are using a custom theme, you can still change your Lock screen type to default in the Themes app.

## 2-Home Screen

### Basic features

All apps you install on your device appear on your Home screen. However, it's not the only feature it provides.

1. Uninstalling apps
   To uninstall an app, press and hold its icon, then drag it over the trash bin that appears at the top of the screen.

2. Changing wallpaper
   Follow these steps:
   · Go to Settings > Wallpaper.
   · Select one of the albums.
   · Select a wallpaper.
   · Tap "Apply" and select "Set as Home screen".

3. Installing apps
   App market of your choice will also appear on the Home screen. You can search for the apps you need there.

4. Moving app icons
   Press and hold an app to pick it up, then drag it to the new location.

5. Creating new folders
   Drag an app over another app to create a folder. You'll be able to edit folder's name after this.

### Editing mode

You can rearrange items more effectively when you're in the editing mode.

1. How to enter the Home screen editing mode
   There are three methods to enter this mode:
   · Press and hold an empty spot on the Home screen
   · Pinch the screen with two fingers
   · Press and hold the Menu button

2. Things you can do in the editing mode
   Three buttons will appear after you enter the editing mode.
   · Wallpaper: This button allows you to change wallpapers faster.

This version is for private use only and should not be distributed.

· Widgets: This button allows you add widgets.

· Settings: Default screen, layout, and transition effect options.

In the editing mode, tap works for selecting items:

· Moving: Select multiple items and tap a screen preview below to move the items there.

· Uninstalling: Select multiple items and tap "Uninstall" to uninstall all of them.

· Creating folders: Select multiple items and tap "Group" to create a folder.

## 3-Notifications Status Bar

### Basic features

1. Opening Notification shade

   Swipe down from the top of the screen to open the Notification shade.

2. Rearranging toggles

   Toggles for mobile data, Wi-Fi, flashlight, and other items are available in the Notification shade by default. Tap the "More" toggle to rearrange items.

   Here are the features available in the editing mode:

   · Rearranging toggles:

   Press and hold any item to rearrange.

   · Using toggles:

   Tap any toggle to turn the corresponding feature on or off.

3. Wi-Fi settings

   Tap the name of the Wi-Fi toggle to be able to switch between Wi-Fi networks quickly.

4. Bluetooth settings

   Tap the name of the Bluetooth toggle to manage connected devices.

### App notifications

1. How to manage app notifications

   Go to Settings > Notifications & status bar > App notifications, and tap any app to see what notifications it's allowed to send.

2. Notification permissions

   · Show notifications: On by default. Turn off to restrict all notifications from this app.

   · Rules for grouped notifications: Smart notification filter. Use "Recommended" mode if you aren't sure which one suits a particular app best.

   · App icon badge: Turn on to allow badges with the notification count on app icons.

   · Floating notifications: Turn on to allow important notifications on top of everything else.

   · Lock screen notifications: Turn on to allow important notifications on the Lock screen.

   · Sound: Turn on to play notification sounds.

   · Vibration: Turn on to allow vibration for notifications.

   · Notification light: Turn on to use LED light for notifications

This version is for private use only and should not be distributed.

## Notifications folder

1. How are notifications filtered?

   MIUI learns what you do with the notifications from individual apps and decides whether the notifications you receive are important or unimportant. Unimportant notifications are placed in a separate folder.

2. How to stop filtering notifications

   Just toggle the switch in Settings > Notifications & status bar.

3. How to make particular notifications that were marked as unimportant appear again

   Go to Settings > Notifications & status bar > App notifications, tap the app, select "Rules for grouped notifications", then tap "Important".

## Other features

1. Battery indicator

   Select which indicator to show in Settings > Notifications & status bar > Battery indicator.

2. Show connection speed

   Toggle the switch in Settings > Notifications & status bar to show connection speed in the status bar.

3. Edit carrier name

   You can customize your carrier's name in Settings > Notifications & status bar > Edit carrier name.

## 4-Global App vault

1. About App vault

   App vault brings all the important notifications and app features together. Just swipe right on the Home screen to access the features you need most.

2. Features

   App vault is a set of cards with most popular features of MIUI.

3. Shortcuts

   Shortcuts allow you to use the features of your favorite apps without wasting time on launching them and looking for the feature you need in the UI.

4. A brief note

   Taking notes is way more convenient when all you have to do is just to fill in a blank card that's right in front of you.

5. Stocks

   Use the Stock card in App vault to get instant updates on the companies you follow.

This version is for private use only and should not be distributed.

6. Messaging

   App vault brings messages from several messaging platforms to a single card.

7. Calendar events

   On this card you'll find all your meeting dates, appointments you made, and your friends' birthdays.

8. Recommended apps

   Here you can find fresh apps that are becoming popular right now.

## 5-Split screen

1. How to open apps in Split screen

   Open the apps you'd like to use and follow the steps below:

   · Tap the Menu button to open Recents.

   · Tap "Split screen".

   · Press and hold the first app and drag it to the highlighted area. Tap the second app.

2. How to exit Split screen

   · Method 1: Open Recents and tap "Exit" at the top of the screen.

   · Method 2: Drag the separator all the way up or down.

3. How to make apps switch places

   When apps are opened in Split screen, double tap the separator to make the apps switch places.

## 6-Quick ball

1. Turning on Quick ball

   You can turn on Quick ball in Settings > Additional settings > Quick ball.

2. Selecting shortcuts

   Quick ball has 5 customizable shortcuts. You can select yours in Settings > Additional settings > Quick ball > Select shortcuts.

3. Selecting preferred gesture

   You can choose between two gestures to operate Quick ball. Tap and swipe are available.

4. Hiding Quick ball

   Select apps for which Quick ball will be hidden automatically.

5. Full-screen mode

   You can choose to move Quick ball aside when your device enters full-screen mode.

This version is for private use only and should not be distributed.

6. Inactivity

　　Quick ball can stick to the edge of your screen if you aren't using it for 3 seconds.

7. Lock screen

　　Besides the Home screen, Quick ball can be also shown on your Lock screen.

This version is for private use only and should not be distributed.

# 4-Tools

## 1-Content Services

### Browser

1. Tools
   Tap "More" > "Tools" to see the options available to you.
   · Save page: This feature allows you to save web pages as screenshots or HTML files and come back to them when you're offline.
   · Find on page: Use search to quickly locate keywords on the page you're browsing.
   · Reduce data usage: Turn on this feature to restrict loading images automatically when you aren't connected to Wi-Fi.

2. Tabs
   Tap the icon below to view all open tabs. You can preview, close, or open new tabs in this mode.

3. Incognito mode
   You can switch to incognito mode while previewing all the opened tabs. Your browsing and search history won't be saved in incognito mode. However, the files you download and bookmarks you add will still be saved.

4. Bookmarks
   You can add the page you're currently browsing to bookmarks. It can be saved to the start page or your Home screen.

5. Bookmarks on the start page
   While on the start page, you can add recently viewed pages or custom URLs to bookmarks.

6. News feed
   Swipe left and right to switch between channels in your News feed. Tap the globe icon to change the preferred language of your News feed. English, Hindi, and Tamil are available.

7. Sharing webpages
   You can share webpages from Browser to multiple platforms, including Facebook and WhatsApp.

This version is for private use only and should not be distributed.

## Mi Apps

1. Installing apps

Mi Apps is a platform where you can find lots of cool Android apps for your device.
You don't need to sign in, all apps are free to download and 100% secure. All you need to do is open "Apps" and tap "Install" next to the app you like.



Scroll down to find more related apps you might like

To install an app, just tap the button

2. Searching for apps

Use search to quickly find the apps and games you're looking for. Enter the name of the item into the search bar and get instant results. You can install apps directly from the list of search results.



Tap the search bar

This version is for private use only and should not be distributed.

Enter the name of the item you're searching for.



Enter the name of the item you're searching for

Tap the button next to a search result to install.



Tap the button next to a search result to install

This version is for private use only and should not be distributed.

3. Must-have apps

When you open Mi Apps for the first time, you'll see the list of must-have apps we recommend. You can install them all in one tap without searching for individual items multiple times.



Tap the button to download all essential apps and games

This version is for private use only and should not be distributed.

## 4. Recommendations

In Mi Apps, you'll be able to find lots of apps, games, collections, articles, and videos recommended to you.



Scroll horizontally to view more items

Featured apps are on the home page

This version is for private use only and should not be distributed.

Scroll up and down to browse the cards.



Scroll up and down to browse the cards

Recommended games are here

This version is for private use only and should not be distributed.

5. Rankings

Tap "Rank" to see all apps and games ranked from most to least popular.



Separate charts
for apps and
games are
available

This version is for private use only and should not be distributed.

6. Categories

Categories will help you decide which app or game among multiple similar ones works best for you. You'll find all you need in the 17 games and 33 app categories.



Tap to open a category

This version is for private use only and should not be distributed.

## 7. Promotions

This part of Mi Apps has all the latest offers, promotions, and discounts.

Here you can complete tasks to get coupons for your purchases.



Tap to see what's available to you

This version is for private use only and should not be distributed.



Promotions

## Mi Music

1. My music

   You can find recently played songs, favorites, and playlists in "My music".

2. Local player

   You can see all the songs saved on your device on the "My music" page. Just tap any song to play it.

   There are multiple ways to display your local music: by song title, artist, album, or folder. You can also sort items by song title, adding time, and the number of times played.

3. Player

   Tap the button on the start page to open player.

   Player controls include the following options: play, pause, next/previous song, loop, shuffle, download, add to favorites, queue, and lyrics.

   The "More" menu has more additional options: share, headphones & audio effects, sleep timer, set as ringtone, and more.

This version is for private use only and should not be distributed.

4. Search

　　Tap the search bar and enter keywords to search for songs, artists, albums, and playlists.

5. Settings

　　You can access settings using the side menu. Here you can find account settings, file filter, and update settings.

## Themes

Themes will give your phone a new look.

Themes is the official personalization platform of MIUI with thousands of high-quality themes created by skilled designers. Besides the familiar themes, wallpapers, ringtones, and fonts, you'll be able to find lots of other personalization options for your Lock screen and Home screen.

1. Themes

　　· Open the app to view the available themes. Tap any theme to view details.

　　· On the details page, swipe left and right to see previews. Tap "Download" below to download the theme.

　　· After the download is complete, tap "Apply" the theme.



This version is for private use only and should not be distributed.

2. Wallpaper

· Open the app and tap the button below to view available wallpapers. Tap any wallpaper to view its preview.



This version is for private use only and should not be distributed.

· Swipe left or right to switch between previews. Tap "Apply" to apply the wallpaper.
· Select where you'd like to apply the wallpaper.



This version is for private use only and should not be distributed.

4. Ringtones
· Open the app and tap the button below to view available ringtones. Tap any ringtone to listen.
· Tap the "More" button next to a ringtone to view available options.
· Select where you'd like to apply the ringtone.



This version is for private use only and should not be distributed.

5. Fonts

· Open the app and tap the button below to view available fonts. Tap any font to view details.

· Swipe left or right to see previews. Tap "Download" below to download the font.



This version is for private use only and should not be distributed.



## 2-File Manager

### File Manager

1. Quick search
   Recent files on the start screen are arranged according to the creation date. They are also sorted by file type and can be edited by default.

2. Storage stats
   Learn what files occupy the internal storage of your device at a glance and see all the items in the root folder.

3. Cleaner
   Delete unnecessary files and free up storage space in two taps.

4. Transferring files
   Built-in Mi Drop functionality allows you to share files with nearby devices without connecting to the internet.

This version is for private use only and should not be distributed.

## Local backups

1. Creating a backup
   Go to Settings > Additional settings > Backup & reset > Local backups, tap "Back up", select system settings and apps you'd like to back up, and tap "Back up" again. Creating backups might take several minutes.

2. Restoring items
   Go to Settings > Additional settings > Backup & reset > Local backups, select system settings and apps you'd like to restore, and tap "Restore".

3. Encrypting backups
   If you want to create an encrypted backup, tap the lock next to the "Back up" button. You'll have to sign in to your Mi Account to access encrypted items.

4. Auto backups
   Go to Settings > Additional settings > Backup & reset > Auto backups, set your backup schedule, and select the items you'd like to back up. Auto backups will appear in the list of your local backups.

## 3-Other

## Feedback

You can report the issues you encounter while using your device to our developers. Your suggestions on how to improve MIUI are welcome, too. We always do our best to fix the issues you report in the upcoming updates.

1. How to open Feedback
   You can access the Feedback app using one of the two following methods: Tap the Feedback app icon on your Home screen. Go to Settings, scroll down, and tap "Feedback" at the very bottom.

2. Submitting feedback
   Check one of the boxes before describing your issue. Use "Issues" for bugs and "Suggestions" for improvements.

   Describe the issue you've encountered. You can add images, screen recordings, and logs to your report.
   Select the item your feedback is referring to so we can locate the issue.

   If you're reporting a bug, tell us its reproductivity percentage.

   Tap "Submit" to submit your feedback.

This version is for private use only and should not be distributed.

3. Viewing progress

Tap "My feedback" in the upper corner of the start page to view the issues you reported. Tap any issue to view progress.

If our developers comment your feedback, you can reply to them from the details page of the issue.

## 4-Tools

### Calendar

Traditional Indian calendar is very popular. It's used along with the Gregorian calendar today. The info from the traditional calendar is shown on a separate card each day. Daily Panchang info, including Tithi, Samvat, and Muhurt is available.

1. Important dates

You can view the info on all the important dates in Calendar directly. You'll be notified about holidays and important events.
A separate card with detailed information is created for all festivals. You can open it by tapping the notification or the App vault card.

2. Daily greetings

A card with daily greetings can be shared to WhatsApp, Facebook, ShareChat, and other platforms.

3. Horoscope

Horoscopes for all zodiac signs are available in English.

4. Cricket card

Cricket is extremely popular in India. You can stay up-to-date with the match schedule and game scores using our special card.

5. Health & fitness, Today in history, and Football cards

Get latest news and recommendations on a wide range of topics using our cards.

### Clock

1. Adding alarms

Open the Clock app and tap the plus on the start page to add an alarm. Choose whether you're adding a repeating alarm, select your ringtone, and tap "Done".

This version is for private use only and should not be distributed.

2. World clock
   Adding custom clocks
      In the Clock app, open the "Clock" tab and tap the plus to add a clock for a specific location
      to your list.

3. Checking geographic location
      Tap any city from your list to see where it's located on the map.

4. Stopwatch
      Open the Stopwatch tab and simply tap the start button to use the stopwatch. Tap the flag
      button to record time. You can pause and resume your stopwatch as well. Press "Stop" to
      reset your stopwatch.

5. Timer
   Setting a timer
      You can set times with duration from 1 second to 99 hours 59 minutes and 59 seconds. Tap
      the button below to start your timer.
   Ambient noises
      You can listen to one of the ambient noises for a set period of time. You can also choose to
      silence the alarm at the end of an ambient noise timer.

## Weather

1. Viewing weather info
      Open Weather app to view the current weather info and the 5-day forecast.
      24-hour forecast, wind speed and direction, real feel, UV index and pressure are also
      displayed on the start page.

2. Managing locations
      Tap the plus at the bottom of the start page to search for cities.
      Tap the plus again and use the "Edit" button to delete cities.

3. Weather settings
      Tap the "More" button at the bottom of the start page to open settings. You can set your
      preferred temperature and wind speed units, as well as allow or restrict the app to update
      weather info at night.

4. Sharing weather info
      Tap the "More" button at the bottom of the start page, then tap "Share" to send the
      weather info to your friends.

This version is for private use only and should not be distributed.

## Security

### Cleaner

1. Clearing trash

    Cleaner is one of the features that Security uses to remove trash from your device. You can delete useless items that are stored on your phone to make sure your device works fast and productively.

    · How to clear trash

    Open the Security app and tap "Cleaner". This will launch an automatic scan for trash, including these 5 major categories: cache files, obsolete files, installation packages, residuals, and memory cache. Once the scan is complete, you can choose which items to clean up.

    After the cleanup is done, you'll be able to see the report which gives you the details of your storage usage and suggests other options which may help you free up more storage space.

    · Adding items to exceptions

    You can add the items you don't want to be deleted to exceptions. When the scan is complete press and hold an item and select "Add to exceptions". This item will be ignored during the future scans.

    · Different ways to use Cleaner

    Besides using Cleaner proactively, you can also receive notifications when trash on your device reaches the set limit. Tapping the notification will launch Cleaner automatically.

2. Cleaner settings

    You can set reminders and switch between scan definitions in the settings.

    · Choosing scan definitions

    Scan definitions from the two service providers are available to you. You can choose between Tencent and Clean Master.

    · Reminders

    Turn on the "Remind to clean" switch to set trash size limit and schedule alerts. Once the amount of trash on your phone reaches the limit, you'll receive a notification alerting you to use Cleaner. You can also customize the alert frequency.

    · Update Cleaner's database automatically

    We may update the scope of the Cleaner's engine at irregular intervals. Turn on automatic updates to make sure that you're using the most recent definitions and clean up your device more effectively.

### Basic scan

1. Basic scan

    Basic scan is a functional module that can promptly detect security risks on your device. It checks for 3 basic threats: system security risks, unnecessary processes, and malware. It can also help you promptly discover if your phone has any items that can be optimized, and helps you detect your phone's problems quicker.

This version is for private use only and should not be distributed.

· Checked items

System security sub-scan checks for permission-related issues, Trojan horses, installation problems, and system updates. It can help you understand whether your phone has any risks, and handle them promptly.

The second sub-scan stops unnecessary chained launches and cleans no longer useful cache.

The third sub-scan can filter spam and check payment environment.

· Scan results

After the scan, you'll see the score which indicates your phone's security level. Scan results will also reveal unsafe items, and you'll be able to choose whether to optimize your device.

2. Security scan settings

You can choose to create a Home screen shortcut, or select items to optimize from the list of recommendations.

## Security scan

1. Security scan

Security scan is an app that scans your phone to see if it has any hidden viruses or malicious apps.

It combines a virus scan and payment security scan, comprehensively ensuring your phone's security.

· Scanned items

Security scan solves the issues related to Wi-Fi, payments, privacy, and viruses. It ensures that dangerous apps and viruses in your phone's memory are discovered as soon as possible.

· Payment security

When apps with a payment function are launched, payment security features are launched by default. You can add payment apps that you want to manage on the results screen.

2. Security scan settings

Various virus definition and update options are available in the settings.

· Antivirus definitions

Antivirus definitions provided by Avast, Tencent, and AVL are available.

· Installation monitor

Turn on the switch "Scan before installing" to check the apps that are being installed for viruses and malware.

## Manage apps

1. Uninstalling apps

You can uninstall multiple apps using this feature.

Select the apps and tap the button below to uninstall them.

This version is for private use only and should not be distributed.

2. Checking app status

You can sort your apps using different parameters.

Here are the parameters available now:

· Status

· App name

· Usage frequency

· Used storage

· Installation time

Default apps

Tap the "More" button at the top corner of the screen and select "Default apps" to assign custom apps to various system features.

2. Permissions

Autostart

You can manage an app's autostart behavior preventing abnormal power consumption.

Set the app's control switch to "off" to restrict autostart.

Tap the "More" button at the top of the screen to manage autostart permissions for system apps.

App permissions

Here you can manage the permissions of all apps installed on your device.

Managing permissions for individual apps

You can check all of the permissions an app has by tapping the app. The switches located next to every permission allow you to quickly give or restrict access.

You can also sort permissions by type to check all apps having a specific permission.

Permissions

1. Autostart

You can manage an app's autostart behavior preventing abnormal power consumption.

Set the app's control switch to "off" to restrict autostart.

Tap the "More" button at the top of the screen to manage autostart permissions for system apps.

2. App permissions

Here you can manage the permissions of all apps installed on your device.

3. Managing permissions for individual apps

You can check all of the permissions an app has by tapping the app. The switches located next to every permission allow you to quickly give or restrict access.

You can also sort permissions by type to check all apps having a specific permission.

This version is for private use only and should not be distributed.

## Game speed booster

1. How Game speed booster works

   · Optimization: This feature clears memory reserved for the background processes to give more space for the game.

   · Network: Game speed booster increases the game's connection speed by limiting the bandwidth of background downloads, reducing network delay.

   · Concentration: Notifications will be hidden, buttons will be turned off. Nothing will distract you!

   You can also create a Home screen shortcut so Games speed booster always stays just a tap away.

2. Adding games

   You can add the games that will work with Game speed booster on the start page.

3. Booster settings

   Launch a previously added gaming app on the start page to turn on Game speed booster automatically.

   You can also limit the speed of background downloads, restrict sync, and make sure your device doesn't switch between networks while you're playing.

## Deep clean

1. How to use Deep clean

   Open Security and scroll down until you see "Deep clean". This feature gives you a clear image of how your phone's memory is being allocated and how trash is being distributed.

   · Photos

   Deep clean can detect duplicate photos and poor-quality images in your Gallery. You can choose to delete redundant items.

   · Apps

   Learn what apps haven't been used in a long time, and uninstall them.

   · App data

   Understand how each app on your phone uses storage. You can free up storage space using this feature.

   · Big files

   Big files you aren't aware of start to pile up after you use your phone for some time. This feature ranks them by size. You can also see what apps generated these files here.

   · Videos

   Here you can see all videos that are saved on your phone. You can delete the unnecessary ones to free up storage space.

2. Deep clean settings

   Scan definitions from Tencent and Clean Master are available. You can also add items to exceptions in the settings.

This version is for private use only and should not be distributed.

## Battery usage

Test the phone's power consumption and optimize battery-related items with a single tap to increase your phone's battery life.

· Open Security and tap "Battery usage" to see how your device consumes power.

· After the scan, you'll be able to check the battery level, temperature, and capacity. Any issues you find can be solved by simply tapping the button at the bottom of the results page.

· Check optimized items and choose the power consumption problems that need manual optimization.

· Optimization is complete.

· Turn on Battery saver to reduce apps' background activity, stop sync, and minimize system animations. You can also schedule Battery saver to turn on and off.

· Battery use allows you to check the power consumption status of different apps and hardware elements.

## Test network

1. Find and solve network-related issues

Whenever you encounter problems with the network, you can run a test of the current network conditions.

· It tests the following items:

· Wi-Fi connection

· Network protocols

· Network connection

· Restricted connections

· Background connections

· DNS settings

· Router

After you see the results, you'll be able to resolve the current network problems step by step.

2. Quick Wi-Fi speed test

Tap the "More" button at the top of the screen to conduct a Wi-Fi speed test. Download speed of your current Wi-Fi access point will be checked.

3. Close connected apps

All apps currently connected to the internet are shown in the test results. Just tap an app to close it.

## Blocklist

1. Blocked messages and calls

Blocklist automatically filters all types of spam, phishing, and marketing calls and messages for you. This screen displays the history of your filtered SMS messages and incoming calls.

· SMS

Highlighted phone numbers indicate unread messages. Phone numbers will go from red to black after you read corresponding messages.

This version is for private use only and should not be distributed.

Tap a message to read it. You can unblock and restore all messages sent from a particular number, or reply to messages directly.

Tap the "Edit" button or press and hold any SMS message to unblock or delete multiple messages.

Tap "Read all" to mark all messages as read.

· Incoming calls

Tap a call history record to view the complete history for a particular phone number. You can choose to unblock this number, return the call, or send an SMS message.

Tap the "Edit" button or press and hold any record to unblock or delete multiple items.

2. Blocklist settings
· Blocklist switch

Toggle this switch to turn Blocklist on and off. Once it's turned off, it will no longer automatically filter spam phone calls and messages.

· Blocked numbers and exceptions

You can use phone numbers, prefixes, and locations to establish which incoming calls and messages you want to block/allow.

Tap "Blocked numbers"/"Exceptions" to add or edit items.

· Blocklist notifications

You can choose whether the Notification shade should display the content from a blocked call or message.

· Automatically update SMS filter

You can also tap "Update" to sync manually.

· SMS blocklist settings

You can choose to block, filter, or allow messages from strangers and services. Options for contacts are also available.

Add keywords to blocklist and exceptions to block or allow messages containing specific words.

· Call blocklist settings

You can choose to block or allow calls from strangers, forwarded calls, calls from abroad, and calls from reported numbers. Options for contacts are also available.

· SIM 2 settings

You can establish whether the same rules should applied to SIM card 2, or set up different rules.

## App lock

1. Setting password

Use App lock to protect the data of individual apps and your privacy.

Open Security and tap "App lock" to set your password. Password type is set to pattern by default.

Changing password type

When you set your password, tap "Change password" to switch between different password types. Pattern, PIN, and combined password are available now.

This version is for private use only and should not be distributed.

Adding your Mi Account

After setting your password, you can choose to add your Mi Account. If you forget your App lock password, you'll be able to reset it using Mi Account.

We strongly recommend adding your Mi Account if you use App lock. Unless you add your account, you'll be able to reset your App lock password only by performing a factory reset.

Using fingerprints

You can use the fingerprints recorded on your device for App lock verification. You'll have to confirm your password once again if you add a new fingerprint.

You won't be able to use fingerprints for App lock verification.

2. Protecting apps with App lock

When you use App lock for the first time, the feature will check what apps are installed on your device and recommend the ones that might require protection.

Just toggle the switch next to an app's name to add or remove App lock protection.

Tap the Search box at the top of the screen to search for apps.

3. App lock settings

App lock switch

Toggle the switch to add or remove App lock protection. When you toggle the switch off, protection will be removed from all apps along with the App lock password.

When App lock is applied

You can choose when exactly App lock is applied. 3 options are available now.

· When device is locked: Once verified, App lock won't be applied until you lock your device and open a protected app after unlocking.

· When device is locked or after exiting the app: You'll have to verify your App lock password after you unlock your device or exit a protected app.

· When device is locked or in 1 minute after exiting app: You'll have to verify your App lock password after you unlock your device or fail to reopen a protected app within 1 minute after you left it.

Changing password

You can change the App lock password type and the password itself.

Unlock with fingerprint

If you don't want to use your fingerprint with App lock, you can toggle the corresponding switch. You'll have to verify your fingerprint if you decide to turn on this feature again.

Hide content

App lock allows you to hide notification content on the Lock screen and in the Notification shade for individual apps. You'll see all compatible apps after you tap "Hide content" in the settings.

You'll see "You have a new message" instead of the actual content when this feature is on.

Unlock all apps at once

This feature allows you to unlock all protected apps by entering the password only once.

This version is for private use only and should not be distributed.

Add Mi Account
You can add your Mi Account to be able to reset your App lock password.

4. Verifying your App lock password
When App lock is on, a dialog which requires entering the password will appear after you open a protected app.
You can enter the password or use your fingerprint to unlock the app.
Tap "Forgot password" to reset your App lock password. The options available to you may vary depending on whether you added your Mi Account before trying to reset the password.
If you don't want to open the app, tap the "Back" button in the upper corner of the screen to close the verification dialog.

## Dual apps

· Dual apps allow you to clone an existing app on your device and use it independently with a different account.
· You can create dual apps in Manage apps > Dual apps. There you'll see a list of compatible apps installed on your device.
·Besides the installed apps which are compatible with this feature, you'll also be able to see the apps we recommend. Use the switch next to an app's name to create a dual app.
· Use the search bar at the top of the screen to search for the apps installed on your device.
· All dual apps have their own Home screen shortcuts. There's a dual app icon in the corner of the shortcut which might help you tell one app from another.
· Whenever the system requires an action from an app that has a dual app, you'll be asked which app will be used.

Uninstalling dual apps
You can uninstall dual apps just like you uninstall the regular ones. Additionally, you can also toggle the switch of the corresponding app in Security to uninstall.
All app data of the dual app you uninstall will be deleted.

Dual app accounts
If a dual app complies with Google's multiple account interface standards, you can add and sync dual app accounts on this page, as well as customize their settings. The settings for third party apps may vary.

## Notes

1. Creating a note
Open the app and tap the plus to add a new note. Notes support adding text, images, and audio.

2. Voice memos
Tap the sound wave icon to make an audio recording and save it in your note.

This version is for private use only and should not be distributed.

3. Features

You can use templates, add images, checklists, and voice memos, as well as format text in Notes.

You can also share your notes as text or images on various platforms.

Press and hold any note to set a reminder, hide it, or add it to a folder.

4. Deleting notes

Open a note and tap the "More" button to delete it. You can also swipe up with two fingers to perform this action. Press and hold a note to be able to delete multiple notes.

5. Restoring deleted notes

To view deleted notes, tap "Notes" on the start page and select "Trash". Tap the note you'd like to restore.

If you can't find the note you need, try looking for it on i.mi.com.

6. Folders

Tap "Notes" on the start page for the dropdown menu to appear. You can create folders here.

You can also move notes to new folders.

7. Search

Enter keywords into the search bar on the start page to find specific notes.

8. Hidden notes

Swipe down starting from the upper part of the screen and stopping in the middle to view hidden notes.

9. View

Tap the "More" button on the start page to switch between list and grid view.

## Recorder

1. Recording audio

Open the app and just tap "Record" to start recording audio. You can pause and resume the process, as well as mark specific segments while you're recording.

2. Viewing your recordings

Tap "Recordings" to see all the recordings you've made.

3. Settings (may vary on different devices)

Tap the Settings icon in the upper corner to view available options. Here you can set recording quality, allow using receiver to play audio, and more.

This version is for private use only and should not be distributed.

## Screen Recorder

1. Screen Recorder
   You can find Screen Recorder in the "Tools" folder on your Home screen. Open the app and tap the red button to activate Recorder. "Start" button will appear in the corner of your screen. Get ready and tap this button to start recording.

2. Finish recording
   Tap the "Stop" button on your screen to finish recording.

3. Cancel recording
   Tap "×" on the "Start" button if you want to cancel recording and quit Screen Recorder.

4. Managing videos
   The videos you record will appear on the start page of Screen Recorder. Here you can view and edit them.

5. Settings
   · Resolution: You can record videos with different resolution. Videos with higher resolution look sharper.
   · Video quality: Better video quality means crisper picture and bigger file size.
   · Frame rate: Higher frame rates reduce motion blur in your videos, but require more system resources. Your device may overheat when you record long videos with high frame rates.
   · Orientation: Set orientation to portrait or landscape, or choose the "Auto" mode.
   · Sound source: Record silent videos or add microphone/system sounds.
   · Lock screen to end: Lock your device to finish and save the ongoing recording.
   · Show touch gestures: White dots will appear throughout the recording to show the places that you touched on the screen.
   · Visualize navigation buttons: Show prompts when pressing Home, Menu, and Back buttons.

## Calculator

1. Basic calculator
   Basic calculator is the first thing you see when you open the app.

2. Scientific calculator
   Open Calculator and tap the toggle to switch to the scientific calculator, which can perform operations with trigonometric functions, angular radians, and roots.

3. Converter
   This feature allows you to convert currencies as well as multiple units of measurement.

4. Mortgage calculator
   With adjustable repayment methods and interest rates, mortgage calculator makes planning your finances much simpler.

This version is for private use only and should not be distributed.

## Compass

1. How to calibrate your device
   Compass will suggest that you calibrate your device after it detects significate interference. Just follow the instructions on your screen in such cases.

2. Compass
   Place your device on a horizontal surface to see the compass face.
   Hold your phone vertically to see the picture provided by your camera.

3. Level
   Swipe left from the start page to use your phone as a level.

## Mi Mover

1. Opening the app
   Go to Settings > Additional settings >Mi Mover to open the app.
2. Switching from an iPhone to a Mi Phone
   You can transfer contacts, photos and videos, calendar events, and notes. Connect both devices to Wi-Fi, open Mi Mover, and tap "I'm a recipient". Select "Import from an iPhone", enter your Apple ID and password, and tap "Sign in" to start the transfer.
   (Note: Two-step authentication is required for the device that run iOS 10.3 or later).

   Switching from an old Mi Phone to a new Mi Phone
   · New device
   Open Mi Mover, tap "I'm a recipient", select "Import from an Android phone", and generate QR code.
   · Old device
   Open Mi Mover, tap "I'm a sender", scan the QR code on the new device, select the items you'd like to transfer, and tap "Send". You won't be able to connect to the internet during the transfer, as Mi Mover uses Wi-Fi to send items.

3. Switching from an Android phone to a Mi Phone
   · New Mi Phone
   Open Mi Mover, tap "I'm a recipient", select "Import from an Android phone", and generate QR code.
   · Old Android phone
   Install Mi Mover and open the app. Tap "Start", scan the QR code on the new device, select the items you'd like to transfer, and tap "Send".

## Scanner

1. Opening the app
   You can open Scanner by tapping the Home screen icon or using shortcuts in Browser, global search, and Mi Wallet.

This version is for private use only and should not be distributed.

2. Scanning codes
   Besides scanning barcodes and QR codes, you can also recognize codes on the images saved in your Gallery by tapping the icon in the upper right corner of the start page.

3. Shopping
   Scan the product you'd like to purchase to search for it in the online e-commerce platforms.

4. Scanning documents
   This feature allows you to save scanned documents as images or recognize text and save it as a note. You can also copy the recognized text to clipboard.

   Mi Drop user manual
   Mi Drop is a file sharing app developed by Xiaomi. This app allows you to share files, music, images, apps, and other items to all Android devices. File transfers in Mi Drop are 200 times faster than Bluetooth transfers. Transfer speeds go up to 50Mbps.

1. How to send a file in Mi Drop?
   Open Mi Drop and tap "Send".
   Choose files and tap on the send button and wait for the receiver.
   Tap on the other person's profile picture and start the transfer.

2. How to receive a file in Mi Drop?
   Open Mi Drop App and tap on receive option and wait for the other device to connect.

3. How to establish a connection between the device via QR Code?
   Sender device tap on Scan QR code to connect to scan QR code of receiver device.
   Receiver device tap on Connecting using QR code to show QR code.

4. How to share Mi Drop with Friends?
   Open Mi Drop app and tap on share Mi Drop which will show you Portable hotspot and Bluetooth option.

This version is for private use only and should not be distributed.