# Exhibit 19



# IPEC REPORTS

Each VoiceAge EVS patent family was independently evaluated by the International Patent Evaluation Consortium ("IPEC") and determined to be essential to the EVS Standard (full IPEC evaluations/reports available upon request).

| IPEC DECLARATIONS OF ESSENTIALITY OF VOICEAGE EVS™ U.S. PATENTS | | | |
|---|---|---|---|
| 7,693,710 | 7,529,660 | 7,106,228 | 8,255,207 |
| 8,401,843 | 8,990,073 | 8,401,845 | 9,053,705 |
| 9,015,038 | 9,076,443 | 8,825,475 | 9,252,728 |
| 9,384,755 | 9,852,741 | | |

| IPEC DECLARATIONS OF ESSENTIALITY OF VOICEAGE EVS™ EUROPEAN PATENTS | | | |
|---|---|---|---|
| 1 509 903 | 1 509 906 | 1 514 355 | 1 979 835 |
| 2 102 619 | 2 162 880 | 2 863 390 | 2 559 028 |
| 2 633 521 | 2 676 271 | 2 707 687 | 2 774 145 |
| 2 965 315 | 3 132 443 | | |

